SEALED

STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

RALPH A. PARADISO
Trial Attorney
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530

Attorneys for Plaintiff
United States of America

**FILED**
Oct 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWOOD HOSEA GORDON,<br><br>Defendant. | CASE NO. 2:21-cr-0197-KJM<br><br>PETITION TO SEAL INDICTMENT<br><br>(UNDER SEAL) |

To the Honorable Jeremy D. Peterson:

    COMES NOW Ralph A. Paradiso, Trial Attorney, for the U.S. Department of Justice, Criminal Division, Child Exploitation and Obscenity Section, to petition this Court and respectfully represent:

    I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above-named defendant with one count in violation of 18 U.S.C. §§ 2244(b), 3261 – Abusive Sexual Contact; Military Extraterritorial Jurisdiction Act and one count of 18 U.S.C. §§2253(a), 3261 – Sexual Abuse of a Minor, Military Extraterritorial Jurisdiction Act. The indictment has been returned by the Grand Jury to this Honorable Court.

    1.    The investigating agents believe that the defendant poses a flight risk if the charges are

made public before his arrest is effected.

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant is arrested or until further order of this Court.

Dated: October 14, 2021

STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

/s/ RALPH A. PARADISO
Ralph A. Paradiso, Trial Attorney