UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 08, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINWOOD HOSEA GORDON,

Defendant.

Case No.  2:21-cr-197-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LINWOOD HOSEA GORDON ,

Case No.  2:21-cr-197-KJM  Charge 18 USC § 2244(b), 3261 and 18 USC §

2243(a), 3261 , from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

X       Unsecured Appearance Bond $     100,000 co-signed by Timothy Gordon, Zanetra Gordon and Eva Mae Taylor

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

X       (Other): Defendant to be released at 8:30 AM on 11/9/2021
_____

Issued at Sacramento, California on November 08, 2021 at _2:29 pm____.

By:    /s/ Carolyn K. Delaney _____

Magistrate Judge Carolyn K. Delaney