HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| LINWOOD HOSEA GORDON, | Date: April 4, 2022 |
| Defendant. | Time: 9:00AM |
| | Judge: Hon. Kimberly J. Mueller, Chief Judge |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that the currently set status conference may be continued to **June 27, 2022 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status conference on April 04, 2022. ECF No. 26.

2. By stipulation, the parties now moves to continue the status conference to June 27, 2022.

3. The government has produced voluminous discovery in this matter, with the most recent discovery production occurring on December 27, 2021.

4. Defense counsel represents that she requires additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with her client, and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 04, 2022 and June 27, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2022

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: April 1, 2022

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

/s/ Ralph Paradiso
RALPH PARADISO
Trial Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April ____, 2022

                                          HON. KIMBERLY J. MUELLER
                                          Chief United States District Judge