HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-KJM-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE #13 TO SHORTEN CURFEW** |
| vs. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Special Condition of Release # 13 may be modified to shorten Mr. Gordon's curfew hours.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 13 dictates that Mr. Gordon has a curfew that requires him to be in his residence every day from 8:00 p.m. to 6:00 a.m.

- The defense wishes to modify that condition so that his curfew is shortened to 9:00 p.m. to 5:00 a.m.  The defense has relayed that modification is needed to allow Mr.

Gordon to maintain his employment, as his employer is transitioning from telework back to office duty and travel.

- The government has no objection to the modification.
- Pretrial Services has no objection to the modification.
- Therefore, the parties stipulate that Special Condition # 13 may be modified to read as follows:

> CURFEW: You must remain inside your residence every day from 9:00pm to 5:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

                                           Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

Date: May 25, 2022                 */s/ Christina Sinha*
                                           CHRISTINA SINHA
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           LINWOOD HOSEA GORDON

Date: May 25, 2022                 STEVEN J. GROCKI
                                           Chief, Child Exploitation and Obscenity Section

                                           */s/ Ralph Paradiso*
                                           RALPH PARADISO
                                           Assistant United States Attorney
                                           Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 25, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge