HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-KJM-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AUTHORIZE MR. GORDON TO PARTICIPATE IN SPECIFIC, WORK-RELATED TRAVEL** |
| vs. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to travel on the specific, work-related trips detailed below.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 5 dictates that Mr. Gordon must restrict his travel to the Eastern District of California, unless otherwise approved in advance by Pretrial Services.

- Mr. Gordon has requested permission from Pretrial Services to go on the below-specified trips. Pretrial Services has no opposition to the request, but stated the request

should be made via a stipulation and proposed order to the Court. Pretrial has also specified that, if the Court signs the Order allowing this travel, Mr. Gordon must:

- Keep the location monitoring transmitter on his ankle;
- Provide Pretrial Services with his flight itineraries (once booked) before he departs;
- Provide Pretrial Services with his lodging accommodation information (once booked) before he departs; and
- With the exception of special condition # 13 (requiring him to stay in his home during curfew hours), Mr. Gordon must abide by all conditions of pretrial release while on his trips.

- The government has no opposition to the travel request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to travel as follows (further details have already been provided to Pretrial Services), subject to the rules specified by Pretrial Services (supra):
  - Trip 1:
    - Leave Sacramento County on July 11, 2022.
    - Site visit at Yuma Proving Ground (Arizona) July 11-12, 2022.
    - Site visit at MCAS (Yuma, Arizona) July 13-14, 2022.
    - Site visit at Naval Air Facility (El Centro, California) July 15-16, 2022.
    - Return to Sacramento County on August 17, 2022.
  - Trip 2:
    - Leave Sacramento County on August 08, 2022.
    - Site visit at NOLF (Imperial Beach, California) August 08-09, 2022.
    - Site visit at Naval Base (San Diego, California) August 10-11, 2022.
    - Site visit Naval Air Station (North Island, California) August 12-13, 2022.

|   |   |
|---|---|
| 1 | ▪ Returning to Sacramento County on August 14, 2022. |
| 2 | ○ Trip 3: |
| 3 | ▪ Leave Sacramento County September 12, 2022. |
| 4 | ▪ Site visit MCAS (Miramar, California) September 12-13, 2022. |
| 5-6 | ▪ Site visit MCAS (Camp Pendleton, California) September 14-15, 2022. |
| 7 | ▪ Site visit San Onofre, California September 16-17, 2022. |
| 8-9 | ▪ Site visit MCAGCC (Twentynine Palms, California) September 19-20, 2022. |
| 10 | ▪ Return to Sacramento County on September 21, 2022. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 26, 2022

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: May 26, 2022

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

*/s/ Ralph Paradiso*
RALPH PARADISO
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 26, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge