HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-CR-197-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| LINWOOD HOSEA GORDON, | Date:  June 27, 2022 |
| Defendant. | Time:  9:00AM |
| | Judge: Hon. Kimberly J. Mueller, Chief Judge |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that the currently set status conference may be continued to **August 29, 2022 at 9:00 a.m.**

The parties specifically stipulate as follows:

1.     By previous order, this matter was set for a status conference on June 27, 2022. ECF No. 28.

2.     On June 09, 2022, the government filed a superseding indictment, adding two charges.  ECF No. 33.

3.     The government has produced voluminous discovery in this matter, with the most recent discovery production occurring on December 27, 2021.

4.     Defense counsel represents that she requires additional time to research and investigate the newly-added charges, review the discovery, investigate and research possible defenses, research potential pretrial motions, consult with her client, and otherwise prepare for trial.

5.     Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.     The government does not object to the continuance.

7.     Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial, and request the Court so to find.

8.     For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 27, 2022 and August 29, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 22, 2022          */s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: June 22, 2022          STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

*/s/ Ralph Paradiso*
RALPH PARADISO
Trial Attorney
Attorneys for Plaintiff

Stipulation and [Proposed] Order to Continue
Status Conference and Exclude Time                    -2-                    *United States v. Gordon,*
2:21-CR-197-KJM

1

## **O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

7  Dated: June _____, 2022

8      _____
       HON. KIMBERLY J. MUELLER
       Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28