# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:21-CR-0197 KJM<br>U.S. v. Linwood Hosea Gordon | Date: | June 23, 2022 |
|---|---|---|---|
| To: | The Honorable Deborah Barnes | From: | Roger Yang on behalf of Ralph Paradiso<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

  The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on June 29, 2022, for arraignment on the superseding indictment filed on June 9, 2022.

  The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

  Linwood Hosea Gordon is currently not in custody and released on bond.