HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-KJM-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AUTHORIZE MR. GORDON TO TRANSPORT MOTHER TO AIRPORT** |
| vs. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to take his mother to the Sacramento Airport outside of curfew hours, as detailed below.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services. *Id*.

- Mr. Gordon has requested permission from Pretrial Services to take his mother to the

Sacramento airport in time for her to catch her 5:30 a.m. flight back to her home in Georgia. He has provided her itinerary to his Pretrial Services officer. The Pretrial Services officer does not oppose the request, and requested that undersigned counsel confer with the government and prepare and file a stipulation to enable the Court to grant this request.

- The government has no opposition to this request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside his home on August 5, 2022 between the approximate hours of 3:00 a.m. and 5:00 a.m. for the purpose of transporting his mother to the Sacramento International Airport for her flight.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2022

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: August 1, 2022

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

*/s/ Ralph Paradiso*
RALPH PARADISO
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 2, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge