```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LINWOOD HOSEA GORDON, <br><br> Defendant. | Case No. 2:21-CR-197-KJM-1 <br><br> **STIPULATION AND ORDER TO AUTHORIZE MR. GORDON TO TRANSPORT MOTHER FROM AIRPORT** |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to pick up his mother from the Sacramento Airport outside of curfew hours, as detailed below.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.
- Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services. *Id.*
- Mr. Gordon has requested permission from Pretrial Services to pick up his mother from

the Sacramento airport on Thursday, September 22, 2022; her flight arrives at the Sacramento Airport at 10:46 p.m.  He has provided her itinerary to his Pretrial Services officer.  The Pretrial Services officer does not oppose the request, and requested that undersigned counsel confer with the government and prepare and file a stipulation to enable the Court to grant this request.

- The government has no opposition to this request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside his home on September 22, 2022 between the approximate hours of 10:15 p.m. and 11:45 p.m. for the purpose of transporting his mother from the Sacramento Airport to his home.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: September 22, 2022           */s/  Christina Sinha*
                                      CHRISTINA SINHA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      LINWOOD HOSEA GORDON

Date: September 22, 2022           STEVEN J. GROCKI
                                      Chief, Child Exploitation and Obscenity Section

                                      */s/ Ralph Paradiso*
                                      RALPH PARADISO
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE