HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-CR-197-KJM-1 |
| Plaintiff, | **STIPULATION AND ORDER TO AUTHORIZE MR. GORDON TO TRANSPORT MOTHER TO AIRPORT** |
| vs. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Ralph A. Paradiso, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to take his mother to the Sacramento Airport outside of curfew hours, as detailed below.

The parties specifically stipulate as follows:

▪ Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

▪ Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services.  *Id.*

▪ Mr. Gordon has requested permission from Pretrial Services to take his mother to the

1   Sacramento airport on September 30, 2022 in time for her to catch her 11:47 p.m. flight

2   back to her home in Savannah, Georgia.  He has provided her itinerary to his Pretrial

3   Services officer.   The Pretrial Services officer does not oppose the request, and

4   requested that undersigned counsel confer with the government and prepare and file a

5   stipulation to enable the Court to grant this request.

6   ▪   The government has no opposition to this request.

7   ▪   Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside

8   his home on September 30, 2022 between the approximate hours of 9:30 p.m. and 11:30

9   p.m. for the specific purpose of transporting his mother to the Sacramento International

10   Airport for her flight.  All other conditions of release will remain in effect.

11                    Respectfully submitted,

12                    HEATHER E. WILLIAMS
                      Federal Defender

13
      Date: September 28, 2022          */s/  Christina Sinha*
14                                       CHRISTINA SINHA
                                         Assistant Federal Defender
15                                       Attorneys for Defendant
                                         LINWOOD HOSEA GORDON
16

17

18   Date: September 28, 2022          STEVEN J. GROCKI
                                       Chief, Child Exploitation and Obscenity Section
19
                                       */s/ Ralph Paradiso*
20                                      RALPH PARADISO
                                        Assistant United States Attorney
21                                      Attorneys for Plaintiff

22

23

24

25

26

27

28

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  September 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE