STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
Trial Attorney
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530
Email: Gwendelynn.E.Bills@usdoj.gov
Telephone: (202) 616-2572
Facsimile: (202) 415-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LINWOOD HOSEA GORDON,<br><br>            Defendant. | CASE NO. 2:21-cr-00197-KJM<br><br>**CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |

The United States of America requests that Trial Attorney Gwendelynn Bills be added as lead counsel of record for the plaintiff to the above-referenced case and added as such to the service of actions.

In addition, with regard to the above-referenced case, please remove Trial Attorney Ralph Paradiso as lead counsel of record for plaintiff and from the service list of actions.

DATED: October 27, 2022                                STEVEN J. GROCKI
                                                                            Chief, Child Exploitation and Obscenity Section

                                                        By:    /s/Gwendelynn Bills
                                                                            GWENDELYNN BILLS
                                                                            Trial Attorney