HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO SET MOTIONS AND TRIAL DATE** |
| vs. | |
| LINWOOD HOSEA GORDON, | Judge: Hon. District Judge Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that the following motions, hearings, and trial date may be set in this matter; the parties respectfully request the Court to adopt their proposed schedule.

The parties specifically stipulate as follows:

1. Mr. Gordon was indicted on October 14, 2021, and on June 09, 2022, the government filed a superseding indictment. ECF Nos. 01, 33.

2. By previous order, and pursuant to a stipulation and proposed order agreed upon by the parties, a motions (including motions *in limine*) schedule, motions hearing, trial confirmation hearing, and trial date were previously set in this matter. ECF No. 52.

3. On April 04, 2023, the matter was reassigned to the Hon. District Judge Daniel J. Calabretta for all further proceedings, and all dates in the matter were vacated. ECF No. 55.

4. After conferring with the Courtroom Deputy and one another, the parties have agreed upon a new motions and trial schedule. The parties respectfully request that the Court adopt the following briefing schedule and hearing dates:

   a. All pretrial motions (including motions *in limine*) shall be filed by August 17, 2023;

   b. Opposition motions shall be filed by August 31, 2023;

   c. Reply motions shall be filed by September 07, 2023;

   d. Trial confirmation hearing, hearing on pretrial motions, and hearing on motions *in limine* shall be set for September 14, 2023, at 9:00 a.m.;

   e. Trial shall commence on October 23, 2023, at 9:00 a.m. The parties believe the trial will conclude on or before November 03, 2023. This estimate accounts for potential jury venire and witness availability issues. It is based on the assumption that the Court will conduct trial on Mondays, Tuesdays, Wednesdays, and Fridays from approximately 9:00 A.M. to 2:00 P.M., with two 20 minute breaks (or a similar schedule).

5. To limit mid-trial delays, the parties have agreed to a reciprocal-*Jencks* disclosure date of October 09, 2023. Statements associated with witness interviews occurring after that date will be turned over to opposing counsel as soon as practicable.

6. The parties agree a time exclusion is appropriate in this case, as detailed below.

7. The government has produced 1,155 items of discovery, which include law enforcement reports, recorded interviews, and military records.

8. Defense counsel represents that she requires additional time to review the

discovery, investigate and research possible defenses, research potential pretrial motions, conduct a defense investigation, consult with Mr. Gordon, and otherwise prepare for trial.

9. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. The government does not object to the continuance.

11. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial, and request the Court so to find.

12. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 12, 2023 and October 23, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Gordon in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2023

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: April 4, 2023

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

/s/ Gwendelynn Bills
GWENDELYNN BILLS
Trial Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: April 4, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE