HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-KJM-1 |
| Plaintiff, | **STIPULATION AND ORDER TO AUTHORIZE MR. GORDON TO TRAVEL FOR RETIREMENT CEREMONY** |
| vs. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to travel to Norfolk, Virginia for a military retirement ceremony, for which he has been asked to serve as chaplain.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services. *Id.*

- Mr. Gordon has requested permission from Pretrial Services to travel to Norfolk, Virginia and back to attend the rehearsal and ceremony and serve as chaplain. The Pretrial Services officer does not oppose the request, and requested that undersigned counsel confer with the government and prepare and file a stipulation to enable the Court to grant this request.
- The government has no opposition to this request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside his home from Wednesday, May 10, 2023 at 9:00am to Saturday, May 13, 2023 at 9:00 pm.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 8, 2023

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
LINWOOD HOSEA GORDON

Date: May 8, 2023

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

/s/ Gwendelynn Bills
GWENDELYNN BILLS
Trial Attorney
Attorneys for Plaintiff


**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: May 9, 2023          /s/ DEBORAH BARNES
                            UNITED STATES MAGISTRATE JUDGE