HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LINWOOD HOSEA GORDON, <br> Defendant. | Case No. 2:21-cr-00197-DJC <br><br> **STIPULATION AND ORDER TO AUTHORIZE MR. GORDON TO ATTEND CHURCH CONFERENCE EVENT** |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to travel to Missouri for a church conference event.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services. *Id*.

- Mr. Gordon has requested permission from Pretrial Services to travel to Missouri and

back for a large church conference (officially termed a Midwestern District Summer Council event). The Pretrial Services officer does not oppose the request, and requested that undersigned counsel confer with the government and prepare and file a stipulation to enable the Court to grant this request.

- The government has no opposition to this request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside his home from June 26, 2023 at 6:01 a.m. (i.e. depart his home during the hours he is already permitted to be outside of his home, per condition number 13) to July 01, 2023 at 11:59pm (which will allow him time to get from the airport to his home, after landing in Sacramento in the late night) for this purpose.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: June 23, 2023                    /s/ Christina Sinha
                                              CHRISTINA SINHA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              LINWOOD HOSEA GORDON


Date: June 23, 2023                    STEVEN J. GROCKI
                                              Chief, Child Exploitation and Obscenity Section

                                              /s/ Gwendelynn Bills
                                              GWENDELYNN BILLS
                                              Trial Attorney
                                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE