HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-CR-197-KJM-1 |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO AUTHORIZE MR. GORDON TO ATTEND CHURCH CONFERENCE EVENT** |
| vs. ) | |
| LINWOOD HOSEA GORDON, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Gordon, that Mr. Gordon may be allowed to travel to Texas for a church conference event.

The parties specifically stipulate as follows:

- Mr. Gordon was placed on pretrial release, subject to a set of conditions laid out at ECF No. 14.

- Condition number 13 dictates that Mr. Gordon is subject to a curfew and that he must remain inside his home from 8:00 p.m. to 6:00 a.m., unless otherwise approved in advance by Pretrial Services. *Id.*

- Mr. Gordon has requested permission from Pretrial Services to travel to Texas and back

1  for a large church conference (officially termed a men's Christian Fellowship Conference event). The Pretrial Services officer does not oppose the request, and requested that undersigned counsel confer with the government and prepare and file a stipulation to enable the Court to grant this request.

- The government has no opposition to this request.
- Therefore, the defense respectfully moves the Court to allow Mr. Gordon to be outside his home from August 11, 2023 at 4:00 a.m. (in time to catch his 6:00 a.m. flight out of the Sacramento Airport) to August 14, 2023 at 8:00 pm (his normal curfew hour) for this purpose.

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

Date: August 7, 2023        */s/ Christina Sinha*
        CHRISTINA SINHA
        Assistant Federal Defender
        Attorneys for Defendant
        LINWOOD HOSEA GORDON


Date: August 7, 2023        STEVEN J. GROCKI
        Chief, Child Exploitation and Obscenity Section

        */s/ Gwendelynn Bills*
        GWENDELYNN BILLS
        Trial Attorney
        Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 7, 2023

HON. JEREMY D. PETERSON
United States Magistrate Judge