HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND MOTIONS DEADLINES AND HEARING DATES** |
| vs. | Date: September 14, 2023<br>Time: 9:00 A.M.<br>Judge: Hon. District Judge Daniel J. Calabretta |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defenders Christina Sinha and Megan T. Hopkins, counsel for Mr. Gordon, that the motions deadlines and hearings in this case may be augmented as follows, and respectfully move the Court to amend its Order accordingly. **The parties wish to maintain the currently-set trial confirmation hearing date of September 14, 2023 and the trial commencement date of October 23, 2023, while adding an additional, subsequent motion schedule for those motions not yet ripe for filing or later to be determined.**

The parties specifically stipulate as follows:

1. Mr. Gordon was indicted on October 14, 2021, and on June 09, 2022, the government filed a superseding indictment. ECF Nos. 01, 33.

2. On April 04, 2023, the matter was reassigned to the Hon. District Judge Daniel J. Calabretta for all further proceedings. ECF No. 55.

3. By prior order (ECF No. 57), at the parties' request, the Court set the following motions and hearing dates:

    a. All pretrial motions and motions *in limine* shall be filed by August 17, 2023;

    b. Opposition motions shall be filed by August 31, 2023.

    c. Replies shall be filed by September 07, 2023.

    d. The trial confirmation hearing, hearing on pretrial motions, and hearings on motions *in limine* shall be set for September 14, 2023.

4. The parties met and conferred on August 14, 2023 and agreed that it would be more efficient to resolve some motions before others are filed, since the Court's ruling on some of the motions (e.g. the defense's anticipated motion to sever and its anticipated motion *in limine* for use of a juror questionnaire) will inform whether other motions are filed and how trial and jury selection will proceed.

5. Therefore, the parties propose dividing the motions and hearing dates into two stages, as follows:

    a. Stage One: motions and motions *in limine* (motions whose resolution may materially affect the scheduling of the trial or whose pre-resolution would otherwise promote judicial efficiency) shall be filed on the currently-set schedule, such that:

        i. Stage One motions and motions *in limine* shall be filed by August 17, 2023;

        ii. Opposition motions shall be filed by August 31, 2023.

        iii. Replies shall be filed by September 07, 2023.

        iv. The trial confirmation hearing and hearing on motions and motions *in limine* shall be set for September 14, 2023 at 9:00

a.m.

    b. The parties request that the Court add the following motions deadlines and hearing date for Stage Two (resolution of all remaining motions and motions *in limine*):

        i. Stage Two motions and motions *in limine* shall be filed by September 28, 2023;

        ii. Opposition motions shall be filed by October 05, 2023.

        iii. The parties do not anticipate filing reply briefs; should a party later deem a reply brief necessary, it shall be filed reasonably in advance of the hearing.

        iv. The hearing on motions and motions *in limine* shall be set for October 12, 2023 at 9:00 a.m.

6. The previously-set, reciprocal-*Jencks* disclosure date of October 09, 2023 remains as set. Statements associated with witness interviews occurring after that date will be turned over to opposing counsel as soon as practicable.

7. Time has previously been excluded in the Court's prior order, and no further time exclusion is needed.

8. Therefore, the parties respectfully request that the Court amend the motions schedule to include the dates outlined in paragraph 5.b., and schedule an additional hearing on October 12, 2023 at 9:00 a.m. to resolve all motions filed on September 28, 2023.

The remainder of this page is intentionally blank. Signature blocks immediately follow.

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 16, 2023 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>MEGAN T. HOPKINS<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>LINWOOD HOSEA GORDON |
| Date: August 16, 2023 | STEVEN J. GROCKI<br>Chief, Child Exploitation and Obscenity Section<br><br>*/s/ Gwendelynn Bills*<br>GWENDELYNN BILLS<br>Trial Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 18, 2023   /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Set Motions and Trial Dates       -5-       *United States v. Gordon*, 2:21-CR-197-KJM