1   STEVEN J. GROCKI
    Section Chief
2   U.S. Department of Justice
    Criminal Division
3   Child Exploitation and Obscenity Section

4   GWENDELYNN BILLS, TN #034150
    Trial Attorney
5   1301 New York Ave., NW, 11th Floor
    Washington D.C., 20530
6   Email: Gwendelynn.E.Bills@usdoj.gov
    Telephone: (202) 616-2572
7   Facsimile: (202) 415-1793

8   Attorneys for Plaintiff
    United States of America
9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

    UNITED STATES OF AMERICA,        ) Case No.  2:21-CR-197-DJC
13                                    )
            Plaintiff,                ) **STIPULATION AND ORDER TO AMEND**
14                                    ) **MOTIONS DEADLINES**
        vs.                          )
15                                    ) Date:   September 14, 2023
    LINWOOD HOSEA GORDON,             ) Time:   9:00 A.M.
16                                    ) Judge: Hon. District Judge Daniel J. Calabretta
            Defendant.                )
17   _____ )

18          IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief

19   for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial

20   Attorney Gwendelynn Bills, counsel for Plaintiff, and Federal Defender Heather Williams, through

21   Assistant Federal Defenders Christina Sinha and Megan T. Hopkins, counsel for Mr. Gordon, that

22   the motions response and reply deadlines in this case may be augmented as follows, and

23   respectfully move the Court to amend its Order accordingly.  **The parties wish to continue the**

24   **current motion response deadline two (2) business days from August 31, 2023 to September**

25   **5, 2023 with a corresponding continuance of the reply deadline from September 7, 2023 to**

26   **September 12, 2023.**

27

28

    Stipulation and Order to Amend                    -1-                    *United States v. Gordon*,
    Motions Dates                                                            2:21-CR-197-DJC

The parties specifically stipulate as follows:

1.  Mr. Gordon was indicted on October 14, 2021, and on June 09, 2022, the government filed a superseding indictment.  ECF Nos. 01, 33.

2.  On April 04, 2023, the matter was reassigned to the Hon. District Judge Daniel J. Calabretta for all further proceedings.  ECF No. 55.

3.  By prior orders (ECF Nos. 57, 72), at the parties' request, the Court set the following motions and hearing dates:

    a.  Certain pretrial motions shall be filed by August 17, 2023;

    b.  Opposition motions shall be filed by August 31, 2023.

    c.  Replies shall be filed by September 07, 2023.

    d.  The trial confirmation hearing and hearing on pending pretrial motions shall be set for September 14, 2023.

4.  Undersigned counsel for the government is currently in Florida near the Jacksonville area in the path of Tropical Storm Idalia, which is expected to become a major hurricane. The area is being advised to prepare for the impacts of the storm, including potential flooding, tropical storm force winds, and widespread power outages, likely beginning Wednesday August 30th with impacts potentially continuing through Thursday August 31st. Undersigned counsel also anticipates needing timing to prepare for the storm. Counsel also wants to prepare in the event of a lengthy power outage. This may impact undersigned counsel's ability to prepare and file oppositions to the currently pending motions. Accordingly, out of an abundance of caution, the government is seeking a brief continuance of the opposition deadline with a corresponding continuance for the Defendant's reply briefs.

5.  Undersigned counsel conferred with the Defendant's counsel on August 28, who does not oppose the brief continuance.

8.    Therefore, the parties respectfully request that the Court amend the motions schedule to include the dates to allow the responses in opposition to pending motions to be filed September 5, 2023 with replies due September 12, 2023.

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: August 28, 2023              /s/ Gwendelynn Bills
                                   GWENDELYNN BILLS
                                   Trial Attorney
                                   Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 28, 2023              /s/  Christina Sinha
                                   CHRISTINA SINHA
                                   MEGAN T. HOPKINS
                                   Assistant Federal Defenders
                                   Attorneys for Defendant
                                   LINWOOD HOSEA GORDON

1

**O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7    Dated:  August 29, 2023                    /s/ Daniel J. Calabretta
                                              ────────────────────────────────
8                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28