# Exhibit A:

## Letter Disclosing Notice for Expert Dr. Turner

**U.S. Department of Justice**

Criminal Division

---

*Child Exploitation and Obscenity Section*

*1301 New York Avenue, NW*
*Eleventh Floor*
*Washington, D.C. 20530*
*(202) 514-5780  FAX: (202) 514-1793*

September 7, 2023

**Via electronic mail**

Christina Sinha: Christina_Sinha@fd.org
Megan Hopkins: Megan_Hopkins@fd.org
*Attorneys for the Defendant*

    Re: *United States v. Linwood Hosea Gordon*, 2:21-cr-197

Dear Counsel:

    By this letter and its attachments, the United States provides notice to the Defendant that the government intends to present the expert testimony of Darrel Turner, PhD, under Rules 702 through 705 of the Federal Rules of Evidence. Please find attached the expert notice for Dr. Turner, which includes three addenda: Addendum A – Dr. Turner's Curriculum Vitae, Addendum B – a list of cases in which Dr. Turner has testified, and Addendum C – a list of additional sources Dr. Turner will rely upon.

    The United States submits that this notice satisfies the requirements of Rule 16(a)(1)(G). If after reviewing this notice and the addenda, the Defendant requests further information, or has concerns under Rule 16, the United States requests that the Defendant advise as to what information is necessary for defense to prepare for trial. The government further requests reciprocal discovery of any expert testimony the Defendant intends to present in his case-in-chief.

    Sincerely,

    By: /s/*Gwendelynn Bills*
        Gwendelynn Bills
        Trial Attorney

Enclosures:
United States' Notice of Expert Witness:
    Dr. Darrel Turner
Addendum A – Curriculum Vitae
Addendum B – Case List
Addendum C – Source List