# Exhibit B:

Notice and CV for Expert Dr. Turner

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-cr-00197-DJC |
| Plaintiff, | |
| | Judge: Hon. Daniel J. Calabretta |
| v. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

**UNITED STATES' NOTICE OF EXPERT WITNESS: DR. DARREL TURNER**

The United States of America submits the following notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) regarding expert testimony under Federal Rules of Evidence 702, 703, and 705. The United States intends to call Dr. Darrel Turner during its case-in-chief, and to the extent necessary during any rebuttal.

**BACKGROUND AND QUALIFICATIONS**

Dr. Darrel Turner is a clinical and research psychologist with a doctorate degree in clinical psychology. As described in his curriculum vitae (Addendum A)[1], Dr. Turner has spent approximately 18 years in the field of clinical psychology and has extensive experience conducting forensic and trial evaluations of adults and juveniles. Dr. Turner has also published numerous articles summarizing his own research in the field of clinical psychology, including on areas

---

[1] Dr. Turner's curriculum vitae also contains a list of all publications he has authored in the previous 10 years as required by Fed. R. Crim. Pro. 16. Please note that the publication listed under "Manuscripts Under Review" has since been published. That publication is Darrel B. Turner, *Introducing the APOD: Analysis of Patterns of Denial Among Males Accused of Sexual Offending*, 67 Aggression and Violent Behav. 101791 (2022).

relating to sex offenders and child sexual abuse. His recent area of research has focused on the grooming patterns of online sex offenders.

Dr. Turner has been qualified as a clinical and forensic psychology expert in numerous court cases, including over a dozen federal criminal cases. A list of prior testimony provided by Dr. Turner at trial or deposition within the last 4 years is included as Addendum B to this notice.[2]

Over the course of his career, Dr. Turner has interviewed and evaluated hundreds of sex offenders. Dr. Turner also has experience working with victims of child sexual abuse and has conducted evaluations of dozens of such victims. Dr. Turner has also been invited to present on topics relating to child sexual abuse and sex offender conduct, and has acted as a consultant to the FBI, NCIS, the Department of Homeland Security, and various state and local law enforcement agencies on the behaviors of both offenders and victims of child sexual abuse. *See* Addendum A.

## ANTICIPATED TESTIMONY

Dr. Turner will present general expert testimony on the following topic areas: (1) the grooming behavior of sex offenders including the grooming of children and environmental grooming of others in the child's life; (2) delayed disclosures by victims, particularly in cases of intrafamilial sexual abuse; (3) characteristics of child sex offenders, including sexual preferences and relationships; (4) repeat child sex offenders and the expected similarities among the offenses; and (5) the dynamics of intra-familial sexual abuse particularly in instances of fathers/stepfathers sexual abuse of daughters/stepdaughters.

Dr. Turner's opinions are based on his training, experience (in particular interviewing both offenders and victims), and research, as detailed in his curriculum vitae. Dr. Turner has not

---

[2] The list included as Addendum B is over inclusive out of an abundance of caution. It may contain cases in which Dr. Turner has not provided testimony or sat for deposition. The United States has used its best efforts to provide the necessary information where available.

reviewed any case-specific materials for this case and has only been provided with general facts. In support of his testimony referenced herein, Dr. Turner will reference his own clinical experience, research, and expertise.  He will also reference findings from the studied cited within this notice and listed in Addendum C.

## 1.   The Process of Grooming

It is anticipated that Dr. Turner will explain that grooming in the context of child molestation by adults is the process by which offenders isolate intended victims, gradually introduce sexual themes and behaviors to systematically desensitize victims to the introduction of sex into the relationship. Grooming of victims by offenders seeks to facilitate the offender gaining access to a child victim, maintaining access to the victim, and preventing the victim from disclosing the abuse to others.

Dr. Turner will discuss the fact that various specific behaviors have been identified by researchers and scholars as grooming by adult offenders, such as identifying or targeting specific environments with access to children, special treatment or special activities, engaging in peer-like activities and boundary pushing, and sexual desensitizing.  Trust building is a critical component of grooming.  Child sex offenders often build trust by looking for the victim's interest.  This may include engaging in peer-like activities that the victim enjoys, such as watching of TV/movie with the victim.  It can also include buying gifts for the victim, but these gifts are often tied to the emotional connection with the victim and can reinforce this relationship. This trust-building process can also include assuring the victims that what they are doing is not wrong.

Physical grooming involves the gradual sexualization of the relationship between the offender and the victim.  Psychological grooming is used to achieve increased sexualization.

The abuser builds the child's trust and then starts to violate boundaries. This may include the normalization of nudity. Offenders often desensitize a child to touch by beginning with seemingly innocuous touching, such as patting their bottom, squeezing, or hugging. This then can become more sexual over time. The offender may also begin introducing sexual conversation into discussion. This is the process by which an offender "normalizes" sexual acts with the child victim.

Dr. Turner will testify that grooming is an iterative process. As the offender tests the victim's boundaries, which may include emotional, sexual, and physical boundaries, the offender will modify his behavior as needed depending on the victim's response. If a particular mode of grooming is proving unsuccessful, the offender will commonly pivot to other tactics that he assesses will work better with that particular child.

Grooming is directly intended to facilitate access to the victim, however, the process also serves to manipulate family members of potential victims and individuals in the victim's social network in order to facilitate abuse. This is sometimes referred to as environmental grooming.

Research shows that grooming establishes an emotional connection, establishing trust and rapport between the offender and the victim. The offender uses the grooming process to pick up on insecurities and vulnerabilities of the victim and then uses these to develop trust/dependency. In instances of intrafamilial abuse, this process may be less intensive or necessary because the offender, by nature of their familial role, already has the built-in trust of the victim and family members. Offenders typically demonstrate antisocial behaviors that enable them to act as manipulators of victims and others in the victim's network.

Dr. Turner will discuss that common vulnerabilities of victims who fall prey to grooming are distressed family situations and experiencing feelings of isolation from their peers.

Offenders will often target victims who are struggling with home-life and life circumstances (including a strained or missing relationship with a parental figure), who are disconnected in some way, or who display insecurities, depression, or behavioral problems. These victims are often easier to manipulate and control.

Once the abuse is occurring, offenders will engage in risk-checking to assess whether the victim is likely to disclose and engage in a gradual progression of contact. Offenders will also engage in additional efforts to avoid detection, which can include asking the victim not to tell, portraying the abuse as education, threatening the victim with loss of relationship with the offender, threatening physical violence, warning the victim the impact that disclosing would have on the family, and warning the victim that others would not believe them.

Isolation often causes the child victim to feel complicit in the activities, including the abuse, and very often leads the victim to feel an emotional connection with the offender.  These very by-products of the grooming phase are a direct cause of delayed or non-disclosure of child sexual abuse.

Dr. Tuner will also explain that although a common perception is that grooming of a child for sexual abuse is often done in secrecy—this is often not the case.  Instead, by establishing a close relationship with a child out in the "open," observers are less likely to be suspicious because most people believe sexual predators would not be so bold.  Moreover, if other adults are not suspicious, this aids in the child victim feeling a false sense of security that the offender does not pose a threat and whatever the offender is doing is "normal."  When grooming is open and the child has acquiesced to the initial stages of the grooming, the child may be less likely to disclose subsequent abusive behavior for fear of not being believed or being blamed for the abuse.

**2. Delayed Disclosure By Victims**

Dr. Turner will testify that victims often do not disclose the abuse or delay disclosure. He will explain that this is particularly true in instances of intrafamilial abuse.

Dr. Turner will explain that because the grooming process has established trust and emotional connection, the victim has already been taught implicitly not to disclose.  The victim may be afraid of getting in trouble if she discloses the abuse.  However, of those who do disclose, the majority do not disclose until adulthood.  Approximately 60% of victims wait at least five years to disclose fully.  Martine Herbert et al., *Prevalence of Childhood Sexual Abuse and Timing of Disclosure in a Representative Sample of Adults from Quebec*, 54 Canadian J. of Psychiatry 631 (2009). And up to one-fifth of children who are sexually abused never disclose. *Id.* Additionally, not all victims realize at the time that what is occurring as abusing, some only come to understand the nature of contact after  receiving sexual education, after other sexual experiences, or following direct questions.

Dr. Turner will discuss that in instances of intrafamilial abuse disclosure it is even less likely that the victim will disclose (timely or at all) because of the amplified perceived fallouts of a disclosure, *e.g.,* ruining or damaging the family unit, being blamed for the damage to the family unit, guilt for the change in family dynamics, and a misperception that the non-offending family members may face trouble for the offender's behavior.  Additionally, Dr. Turner will discuss that in instances of intrafamilial abuse, the child has often had an opportunity to observe the offender's temperament and interaction with other family members.  In situations where the offender is quick to aggression the child may fear the offender and may fear what the offender will do to other members of the family.

When victims do disclose the abuse, they often do not immediately report the full extent

of the abuse. Victims will often "test the waters" by disclosing only a small portion of what is

occurring or minimizing the experiences. Victims are determining how adults react to see

whether it is safe to tell all of the details. When a child does disclose and is not believed or no

action is taken, they are much less likely to disclose again.

3.   **Characteristics of Child Sex Offenders, including Sexual Preferences, Sexual Relationships, and Pornography**

Dr. Turner will explain that there are a variety of reasons that a child sex offender may

sexually abuse a child.  Those reasons are not limited to the offender being a pedophile or a

hebephile (someone who has a preferential sexual interest in pubescent individuals, *i.e.,* early

adolescents typically 11-14 years of age.).  Dr. Turner will explain that it is not uncommon for

adult men hands-on sex offenders of children—*i.e.*, those that engage in sexual abuse,

molestation, or touching for purposes of sexual gratification—to have a history of, and/or at the

time of abuse be in sexual relationships with adult females.  Studies show pedophiles and

hebephiles often do not exclusively have sexual interest in children, but instead can be sexually

attracted to both adults and children.  The fact that a hands-on offender is in an adult sexual

relationship and has sexual interest in adults does not foreclose his also being a pedophile or a

hebephile or sexually abusing a child.  In a study sampling almost 100 child sex offenders,

approximately half were married at the time of their offense.  As discussed below, Dr. Turner

will explain that the fact that the offender is in a sexual relationship with an adult often helps the

offender gain access to a victim and groom the victim without detection.

Dr. Turner will also explain that pedophiles and hebephiles often make life choices such

as type of jobs, volunteering, and/or relationships based on access to children.  That is, studies

show that pedophiles and hebephiles who have hands-on offended against a child have reported

choosing their activities with the intention to gain access to children.  The same is true for offenders who chose to be in relationships with individuals who have children *e.g.*, becoming a stepparent figure.

Dr. Turner will also explain that child sex offenders use their activities, relationships, jobs, and religious beliefs to present a non-threatening image to the community and in particular the parent(s) of the victim.  Offenders can often be charismatic and captivating.  Offenders may often portray themselves as a devoted parent, religious individual, and/or someone who is involved in the community and their child's life to gain access to their victims.  This approach often leads to the community and parents letting their guard down and finding it harder to believe that such an individual could be a threat.

Dr. Turner will also discuss that, while child sex offenders may be driven to abuse children due to their sexual attraction to children, there are also a variety of other reasons why they may offend including: (i) low self-esteem, or unmet emotional needs for intimacy and affection and use sexual gratification with a child as a means of coping with it, (ii) a sense of excitement and satisfaction in grooming and manipulating the victim, the victim's family, and the community; (iii) a sense of entitlement, *i.e.* that the offender is above others and has the "right" to do what he wants without reproach and seek to dominate others; and (iv) sexual deviancy—a desire to explore a variety of sexual experiences.

**4.  Repeat Child Sex Offenders and the Similarities Among Their Offenses**

Dr. Turner will testify that in instances where a child sex offender has employed grooming on his victim(s) and has sexually abused more than one victim, it is common, and even more likely, to see similarities among the offenses.  These similarities can include, the location of the offense, how the offense comes about, the age of the victim, the relationship of the victim to the offender, and the type of grooming employed.  These similarities are to be expected for a variety of reasons including the sexual preferences of the offender, and a perceived "safe" way to offend, *i.e.*, if the offender successfully avoided detection and consequence from his first offense, it is likely he will employ similar tactics for his second offense.  In other words, there is a signature or *modus operandi* across child sexual offenders that is often seen across his offenses. In a study of hands-on sex offenders of children, 84% reported that once they had developed a series of successful strategies they approached children with the same method every time. Michelle Elliott, *Sexual Abuse Prevention: What Offenders Tell Us*, 19 Child Abuse & Neglect 579 (1995).

**5.  Intrafamilial Abuse/ The Father/Stepfather Abuse of Daughters and Stepdaughters**

Dr. Turner will explain the dynamics of father/stepfather abuse of daughter/stepdaughter. He will explain that in instances of a stepfather, sex offenders will often select single parent families where usually the woman herself is vulnerable either economically or emotionally.  These include women who may be looking for a 'father figure' for their children.  One of the easiest ways to make contact with a child is to live with one.   In studies interviewing hands-on child sex offenders, offenders explained that they "realize that single parent families are good target for offenders—the mothers are stressed, overworked and are grateful for someone taking one of the children out for a while." Elliot *supra*, at 590.

In the case of intrafamilial child sex offenders, offenders already occupy a position of trust and are integrated in an environment where they can access potential victims. Some offenders groom the environment by targeting single-parent families to gain this status. Fathers/stepfathers can then seek to alienate the victims from their mother by taking on the role of confidante. The position as a father/stepfather can also result in situational-specific grooming behaviors against the victim such as involvement in bathing activities. Victims also can experience a love-fear relationship with the father/stepfather.

Dr. Tuner will also explain that in instances of abuse by the father/stepfather against the child, the most common places for the offense to occur is in the home.  More specifically the two most common places in the home for the abuse to occur are the child's bedroom and the living room.  The father/stepfather also carefully selects the time of the abuse which is intended to minimize risk while also maintaining the appearance of normality and routine.   The father/stepfather offender often abuses the child while other family members are in the home, but in different rooms.

A study identified clues that a child is suffering ongoing sexual abuse at the hands of her father/stepfather to include:

- Father/stepfather being with daughter on regular basis in her bedroom or being alone late at night in the living room or in her bedroom

- Evidence of increased apprehension and tension by the daughter

- Withdrawal, a sudden lack of interest or motivation in school, and/or mood changes of the victim

John R. Christiansen & Reed H. Blake, *The Grooming Process in Father-Daughter Incest, in* The Incest Perpetrator 88 (Anne L. Horton et al eds., 1990).

If the victim has disclosed the abuse or otherwise rejected the offender, fathers/stepfathers may use threats of force or physical punishment to perpetuate the abuse.

Fathers/stepfathers also use threats related to the family unity, such as threats that the family would be torn apart. This causes victims to feel at fault for any consequences of disclosure. Fathers/stepfathers also usually attempt to shift responsibility to the child. Victims report told by father/stepfather offenders that they are sexually promiscuous or otherwise belittled. Offenders also use the children's sexual feelings or experiences against the victim.

## CONCLUSION

In compliance with Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I, Darrel B. Turner, PhD, hereby declare that I have reviewed this notice and its addenda and agree to its contents.

Darrel B. Turner. PhD

11

**ADDENDUM A**

**2022 CURRICULUM
VITAE**

Darrel B. Turner, PhD

<u>PERSONAL</u>:

|  |  |
|---|---|
| Telephone: | (337) 842-6339 |
| Fax: | (337) 419-0490 |
| E-mail: | dbt@turnerforensicpsychology.com |
| Mailing address: | P.O. Box 3245 |
|  | Lake Charles, LA 70602 |
| Primary Office: | 748 Bayou Pines East, Suite D |
|  | Lake Charles, LA 70601 |
| Website: | www.turnerforensicpsychology.com |

<u>EDUCATION</u>:

McNeese State University, Lake Charles, LA
      B.S. in Psychology, May 2002
      M.A. in Counseling Psychology, May 2006

Sam Houston State University, Huntsville, TX
      Ph.D. in Clinical Psychology, September 2011

Louisiana Licensed Clinical Psychologist – License #1219

Texas Licensed Clinical Psychologist – License #36453

<u>PROFESSIONAL EXPERIENCE</u>:

<u>Clinical:</u>

Private Clinical Practice and Forensic Practice (Competency and Sanity for Adults and Juveniles, Risk Assessment of Sex Offenders both Adult and Juvenile, Child Custody Evaluations, Fitness for Duty Evaluations, General Diagnostic Evaluations, etc.). Testimony as an expert witness in clinical psychology and forensic psychology in district, state, and federal court for prosecution and defense on the above matters.

Psychological Consultant to Oceans Behavioral Health Inpatient Psychiatric Center in Lake Charles, LA, November, 2021 to Present

Member of Advisory Council for Shannon Cox Family and Youth Community Counseling Center, January 2020, to present

Invited Peer Reviewer for Publications in the Journal of Child Abuse and Neglect

Federally Contracted Sex Offender Risk Assessment and Treatment Provider for Federal
Inmates on Probation or Parole – Western District of Louisiana, Lake Charles
Division. 2021-present

Member of the Louisiana Registry of Sex Offender Treatment Providers (2013 to
present).

Substance Abuse Program (SAP) certified evaluator (2016 to present).

Appointed to U.S. Department of Justice National Strategy SME Child Exploitation &
Human Trafficking Council to U.S. Congress as an Expert in Offender
Psychology (1 of 15 Worldwide), March 2020.

Expert and Consulting Expert in Criminal and Civil Litigation Regarding Impact of
Sexual Abuse (to include production of child pornography) on Victims (both as
Children and Adults). Cases have included individual (offender) liability as well
Institutional Liability (State Institutions, Mental Health Care Inpatient Facilities,
Foster Care Networks, etc.).

Invited to Speak Nationally and Internationally on Various Topics Related to Forensic
Psychology at a Variety of Mental Health, Legal, and Law Enforcement
Trainings and Conferences

Designated as an Expert Witness in Clinical Psychology with a Specialty in Forensic
Psychology and Sex Offending in United States Federal Court, Multiple Districts,
Multiple State Jurisdictions, and Multiple Local Courts.

Consultant to the FBI, NCIS, Department of Homeland Security, and Various State,
Local, and Federal Attorneys and Law Enforcement Agencies re: Risk
Assessment of Sexual Offenders and Behaviors of both Offenders and Victims of
Childhood Sexual Assault

Consultant to Various Media Sources related to True Crime Coverage for Newspapers,
Television, and Documentary Films

(August 2011 to February 2013) Staff Psychologist at Federal Correctional Complex,
Pollock, LA.

(August 2010 to August 2011) Pre-doctoral Internship with the United States Federal
Bureau of Prisons at the Federal Correctional Institution in Fort Worth,
Texas. Rotations include Forensic Psychology, General Psychology and
Correctional Psychology.

(August 2009 to May 2010) Practicum placement at Ben Taub General Hospital
Neuropsychiatric Clinic at the Houston Medical Center in Houston, Texas.

(June 2008 to August 2008) Practicum placement at Harris County Juvenile Detention
Center in Houston, TX, through MHMRA.

(November 2007 to December 2009) Conducted forensic evaluations and trial consultation for adults and juveniles under the supervision of Dr. Mary Alice Conroy across several counties in Texas. Evaluations included: Competency to Stand Trial, Sanity at the Time of the Offense, and Competency for Execution.

(August 2008 to August 2009) One of two doctoral students assigned to a new 20hr/week Assessment Practicum placement at the Psychological Services Center in Huntsville, TX. Duties include adult and child psychological assessments for a variety of learning, personality, and forensic issues.

(August 2007 to May 2008) Practicum placement at MCDCSC in Willis, Texas.

(Summer 2005 to Summer 2006) Head Counselor and Assistant to Coordinator at the Kay Dore Counseling Clinic.  Children as Primary Client Population.

PUBLICATIONS:

ODAG (2021) (Office of Deputy Attorney General) Invited Collaborator and Expert Consultant on National Strategy on Child Exploitation: Offender Psychology; Section Prepared by United States Military Service Behavioral Analysis Unit (BAU) and the FBI BAU from the National Coordinator for Child Exploitation & Human Trafficking, the U.S. Department of Justice.

*McCallum, K., E., Boccaccini, M. T., Varela, J. G., & Turner, D. B (2021). Psychopathy profiles and Personality Assessment inventory Scores in a sex offender risk assessment field setting. *Assessment*. https://doi.org/10.1177/10731911211015312

*Trupp, G., Preszler, J., Boccaccini, M. T., Marcus, D. M., Varela, J. G., & Turner, D. B. (2021). Generalizability of psychopathy network findings to scores assigned to individuals convicted of a sex offense. *Criminal Justice and Behavior, 48*(5), 671-689. doi: 10.1177/0093854821989375

Turner, D. B., Blanch, J., Sparks, C., & Hanks, M. (2015). The Sentencing Battleground: Understanding the current psychology research and refuting defense psychology and risk assessment reports at sentencing. United States Attorneys' Bulletin. U.S. Department of Justice, July, 2015.

Turner, D. B., Boccaccini, M. T., Murrie, D. C., & Harris, P. B. (2015). Jurors report that risk scores matter in SVP trials, but that other factors matter more. *Behavioral Sciences and the Law*. doi: 10.1002/bsl.2154

Boccaccini, M. T., Murrie, D. C., & Turner, D. B. (2014). Jurors' views on the value and objectivity of mental health expert witnesses. *Behavioral Sciences and the Law, 32*, 483- 495. doi: 10.1002/bsl.2129

Knighton, J. C., Murrie, D. C., Boccaccini, M. T., & *Turner, D. B. (2014). How likely is "likely to reoffend" in sex offender civil commitment trials? *Law and Human Behavior, 38*, 294- 304. doi: 10.1037/lhb0000079

Boccaccini, M.T., Turner, D. B., Murrie, D.C., Henderson, C.E., & Chevalier, C., (2013). Do scores from risk measures matter to jurors? *Psychology, Public Policy, and Law, 19*, 259-269. doi: 10.1037/a0031354

Boccaccini, M.T., Turner, D., Murrie, D. C., & Rufino, K. A. (2012). Do PCL-R scores from state or defense experts best predict future misconduct among civilly committed sex offenders? *Law and Human Behavior, 36*, 159-169. doi: 10.1037/h0093949

Clark, J., Boccaccini, M.T., & Turner, D. (2010). Attitudes toward coerced confessions: Psychometric properties of new and existing measures. Southwest Journal of Criminal Justice, 6,  185-203.

Murrie, D.C., Boccaccini, M.T., & Turner, D.T. (2010). Ethical challenges in sex-offender civil commitment evaluations: Applying imperfect science in adversarial settings. In A. Schlank (Ed.). *The Sexual Predator (Vol 4).* Kingston, NJ: Civic Research Institute.

Turner, D. (2011). *Juror perceptions of the influence of expert witness testimony in Texas sexually violent predator civil commitment hearings.* Ph.D. Dissertation, Sam Houston State University, Huntsville, Texas.

Murrie, D.C., Boccaccini, M.T., Turner, D., Meeks, M., Woods, C. & Tussey, C. (2009). Rater (dis)agreement on risk assessment measures in sexually violent predator proceedings: Evidence of adversarial allegiance in forensic evaluation? Psychology, Public Policy, and Law, 15, 19-53.

Boccaccini, M.T., Turner., & Murrie, D.C. (2008). Do some evaluators report consistently higher or lower scores on the PCL-R?: Findings from a statewide sample of sexually violent predator evaluations. *Psychology, Public Policy, and Law, 14*, 262-283. Turner, D. B., & Marceaux, J. C. (2005, July). Cell assignment among violent and non-violent offenders and its effect on recidivism. American Journal of Psychological Research, http://www.mcneese.edu/colleges/ed/deptpsy/ajpr/ajpr12.pdf

State of Louisiana Department of Social Services Office of Family Support. (2005). *Best Practices of the access and visitation program for the 14th judicial District family and juvenile court.* Baton Rouge, LA: Disney, J.M., & Turner, D.B.

INVITED PROFESSIONAL PRESENTATIONS/CONSULTATIONS:

Hamilton, P., Thorne, S., Turner, D., Latham, J.  (2022).  Civil Commitment and Behavioral Abnormality Assessment and Placement.  *Council on Sex Offender Treatment.*  Denton, Texas.

Keynote Speaker at the British Psychological Society's Student Member Group – "Beyond The Lecture" Theatre, September 30, 2021 – Webinar

Presented for the Texas Psychological Association with Dr. Paul Hamilton on Conducting Behavioral Abnormality Evaluations at the Multidisciplinary Team Level for Purposes of the Civil Commitment Process of Sexually Violent Predators in the State of Texas, November, 2021.

One of three Clinical Psychologists Invited to Present in a Live "Ask the Expert" Session at the 2021 Dallas Crimes Against Children Conference. "Ask the Expert: Grooming, Featuring Expert Dr. Darrel B. Turner," August, 2021

Keynote Speaker at the Southwestern Indiana Child Advocacy Center Coalition, Crisis Connection Conference, September, 2019

Keynote Speaker and Presenter at the 2019 Utah Children's Justice Symposium, Salt Lake City, Utah, May 14, 2019 – "Grooming Behaviors of Child Molesters and Impact on Behavior and Disclosure of Victims."

Invited Presenter at the annual TAASA Conference on "Online Solicitation of Minors for Sexual Purposes," South Padre Island, Texas, April 30, 2018.

Invited Workshop Presenter at the International Child Protection Congress in Coventry, England on "Grooming Behaviors of Child Molesters and the Impact on Behavior of Child Victims." March 9, 2018.

Keynote Speaker and Presenter at the Connections Count Conference in Lake Charles, LA, on February 21, 2018

Invited Presenter at the 9th annual Champions of Children Conference in Chicago, IL

Invited Guest Speaker at the 3rd annual Louisiana Defense Attorney's Conference in Natchitoches, LA

Invited Guest Speaker at the Quarterly Region D Texas TAASA Conference and Webinar, The Woodlands, TX, on July 25, 2016

Invited Presenter at the National Association Against Sexual Abuse Annual Conference in Corpus Christi, TX, on March 8, 2016

Invited Instructor at the San Antonio, TX, Police Department Sex Crimes Unit on Effective Interview Techniques of Suspects of Child Sexual Abusers with various Personality Constructs and Disorders, San Antonio, TX, in March, 2016

Invited Speaker at the Connections Count Conference in Lake Charles, LA on the areas Ethical Considerations in Child Custody Evaluations, February 12, 2016

Invited Instructor for Project Safe Childhood Webinar Series – Topic: "Risk Assessment of Child Pornography Offenders" at the United States Attorney's Office in Lafayette, LA, on December 16, 2015

Invited Presenter at the Lake Charles Area Family Law Organization Monthly Meeting On Best Practices in Child Custody Evaluations

Instructor Trainer in Interviewing and Interrogating of Child Molesters at the Advanced
Child Abuse Investigation Instructor Training at the Texas Municipal
Policeman's Association Training Facility in Austin, TX, December 9-11, 2015

Invited speaker at the International Child Protection Congress in Edinburgh, Scotland,
2015, Topic: "Grooming Behaviors of Child Molesters and the Effect on
Behavior of Child Victims."

Invited Instructor at the Annual Project Safe Childhood Online Exploitation
Seminar for the Office of Legal Education, U.S. Department of Justice in
Columbia, South Carolina, August 3-7, 2015

Invited speaker at the Austin Center for Child Protective Services October, 2015 Meeting
Of the Travis County Child Protection Team

Invited speaker at the 2013, 2015, 2016, 2019, 2021 Protect Our Children
Conference in Omaha, Nebraska. Topic: "Understanding Counter-Intuitive
Behaviors of Victims of Childhood Sexual Assault and Grooming Behaviors
of Offenders."

Invited speaker to the Calcasieu Parish District Attorney's Office in May, 2015. Topic:
"Grooming Behaviors of Child Molesters and the Effect on Behavior of Child
Victims."

Invited Speaker to the Special Prosecution Unit in Huntsville, Texas in March, 2015.
Topic: "Understanding the Statistics Behind Risk Assessment of Sexually
Violent Predators."

Invited speaker at the 2012, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022
International Crimes Against Children Conference in Dallas, TX. Topics: "Risk
Assessment of Sexually Violent Predators", "Risk Assessment of Child
Pornography Offenders," "Civil Commitment of Sexually Violent Predators in
Texas," "Grooming Behaviors of Child Molesters and the Impact on Victims,"
"Denial Patterns and Deception of Detection among Sex Offenders,"
"Collaboration Between Attorneys and Mental Health Experts in the
Communication of Expert Testimony in Court," "Paraphilias among Sex
Offenders," and "Maintaining Mental Health in the Field of Sexual Offenses."

Invited speaker at quarterly meeting of Project Safe Childhood at the Assistant
United States Attorneys' Office in Dallas Texas on several occasions.

Invited to present on numerous occasions to discuss research findings on expert
testimony impact on jurors and field reliability of psychological tests used in risk
assessments. Also discussed were implications findings may have on practice.
Special Prosecution Unit/Civil Division in Huntsville, Texas

Invited to present research findings on expert testimony impact on jurors and field
reliability of psychological tests used in risk assessments and to discuss
implications on practice in Sexually Violent Predator Civil Commitment hearings
with State Counsel for Offenders Office in Conroe, Texas.

Invited to present research findings on current status of outpatient civil commitment program in Texas, field reliability of psychological tests used in risk assessments in Sexually Violent Predator Civil Commitment hearings with Counsel on Sex Offender Treatment (governing body of Texas SVP Civil Commitment Program) in Austin, Texas. Also discussed were effectiveness of PCL-R, Static-99, MnSost-R, and PAI in predicting compliance of offenders with parameters of Texas Civil Commitment Program.

Invited to present research findings on field reliability of psychological tests used in risk assessments and an overview of functioning of Texas SVP Civil Commitment Program to Texas Department of Criminal Justice (TDCJ) in Huntsville, Texas.

Invited speaker at the 2010 annual Texas Criminal Defense Lawyers' Association Conference in Dallas, Texas. Topics included risk assessment of sexually violent predators and preliminary findings of my Dissertation, "Juror Perceptions of Expert Witness Testimony in Texas Sexually Violent Predator Civil Commitment Hearings."

Member of a focus group consisting of federal and local law enforcement, prosecutors, mental health professionals, and community service providers on Investigation Human Trafficking.

Consultant to Lake Charles, Louisiana Police Department Cold Case Homicide Unit.

Undercover Operative in Sting Operation of Illegal Sex Activity and Illegal Drug Activity in Lake Charles, Louisiana

MANUSCRIPTS UNDER REVIEW:

Turner, D.T., Harris, P., Strauss, J., Zachary, S., Robinson, L.(2021) Introducing the APOD: Analysis of Patterns of Denial among Sex Offenders, In Press

RESEARCH EXPERIENCE:

(November 2015 to Present) Invited to Collaborate with the FBI's Behavioral Analysis Unit on Risk Factors of Child Pornography Offenders to Reoffend as Compared To Risk Factors of Contact Offenders.

(November 2008 to August 2010) Assistant Researcher examining recidivism rates of the entire population of capital murderers in the Texas Department of Criminal Justice from 1994 to present. The study also examines the recidivism rates of those offenders convicted of Solicitation (or "Murder-for-Hire") crimes. Results examine rates of recidivism, types of reoffenses, and demographic characteristics of the population: Sam Houston State University.
Supervisor: Mary Alice Conroy, Ph.D.

(Spring 2007) Research Assistant, 10 hours per week, Witness Preparation Testimony Study, Department of Psychology, Sam Houston State University. Supervisor: Marc Boccaccini, Ph.D.

(Fall 2006 to February 2015) Establishing and leading a research program in conjunction With Texas State Sexually Violent Predator Civil Commitment Court examining Details of expert witness testimony and effects of expert witness testimony on jurors in Texas Sexually Violent Predator Civil Commitment Hearings. Sam Houston State University. Supervisor: Marc Boccaccini, Ph.D.

(Summer 2005 to Spring 2006) Psychology Department, McNeese State University. Completed a thesis examining the relationship between early "big wins" and pathological gambling behaviors among social and problematic gamblers. Department of Psychology, McNeese State University. Supervisor: Cameron L. Melville, Ph.D.

(Summer 2005 to Spring 2006) Independent research examining the effect of incarceration on the mentally ill as well as arresting officer judgment concerning mental health of inmates and its correlation to inmate performance on several tests measuring mental health. Department of Psychology, McNeese State University. Supervisor: Lawrence S. Dilks, Ph.D.

(Summer 2005 to Spring 2006) Independent research examining the relationship between inmate performance on the Millon Clinical Multiaxal Inventory and severity of Criminal Behavior. Department of Psychology, McNeese State University. Supervisor: Lawrence S. Dilks, Ph.D.

(Fall 2004 to Spring 2005) Hired under Janelle M. Disney, Ph.D. to assist in the writing of the Best Practices Manual of the Access and Visitation Program for the Louisiana State Department.

(Spring 2004 to Summer 2005) Lead researcher studying inmates at Calcasieu Correctional Center and the effect of cell assignment on recidivism among violent and non-violent inmates. Department of Psychology, McNeese State University. Supervisor: Diana Odom Gunn, Ph.D.


PRESENTATIONS AT PROFESSIONAL MEETINGS:

Concannon, A. B., Ruchensky, J. R., Varela, J. G., Holdren, S. M., Kurus, S. J., Harris, P. B., & Turner, D. B. (2022, March). *Estimating scores for the alternative model for personality disorders in sexually violent predator evaluations: Associations with the Psychopathy-Checklist—Revised*. Paper presented as part of the symposium "*Using the Personality Assessment Inventory to Assess the Alternative Model for Personality Disorders*" at the 2022 Annual Conference of the Society for Personality Assessment, Chicago, IL.

Kurus, S., K., Holdren, S., Rubenstein, L., Varela, J. G., Boccaccini, M. T., Harris, P. B., Turner, D. T., & Hamilton, P. M. (2020, March). *Evaluator differences in PCL-R scoring and risk level determination in sexually violent predator civil commitment evaluations.* Poster presented at the annual convention of the American Psychology-Law Society, New Orleans, LA.

Trupp, G.F., Preszler, J., Boccaccini, M.T., Marcus, D.J., Varela, J.G., & Turner, D.B. (2019, March). *Network Analysis of Psychopathy as Defined by the PCL-R Within the Field.* Poster presented to the Annual Meeting of the American Psychology-Law Society, Portland, OR.

Turner, D., Chevalier, C., Boccaccini, M. T., & Murrie, D. C. (2012, March). Do SVP jurors believe that offenders with higher risk measure scores are more likely to reoffend? Poster presentation at the meeting of the American Psychology-Law Society, San Juan, PR.

Boccaccini, M.T., Rufino, K., Turner, D., & Murrie, D.C. (2011, March). Do some evaluators assign consistently higher PCL-R facet scores than others?: Yes and No. In D.C. Murrie (Chair), Field reliability and field validity of forensic Psychology-Law Society, Miami, FL.

Boccaccini, M.T., Turner, D., & Murrie, D.C. (2009, March). Do some evaluators report consistently higher or lower PCL-R scores than others? Paper presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Turner, D.B., Wevodau, A., Boccaccini, M.T., & Murrie, D.C. (2011, March). SVP jurors' beliefs about the recidivism rate that indicates an offender is "likely" to reoffend. Poster presented at the meeting of the American Psychology-Law Society, Miami, FL.

Turner, D., Boccaccini, M.T., & Murrie, D. C. (2010, March). Are PCL-R scores from state or defense experts more predictive of future offending? In I. Packer (Chair), Issues in Psychopathy Assessment. Symposium presented at the meeting of the American Psychology-Law Society, Vancouver, Canada.

Turner, D., Boccaccini, M.T., Meeks, M., & Murrie, D.C. (2009, March). Real SVP jurors' beliefs about what influences their decisions. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Meeks, M., Boccaccini, M.T., & Turner, D. (2009, March). Evidence or experts?: SVP jurors beliefs about influences in their trial decisions. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Murrie, D.C., Boccaccini, M.T., & Turner, C. (2009, March). How research on SVP juries should-and should not-inform expert testimony in SVP trials. In D. Krauss (Chair), Expert witness testimony in sexually violent predator trials. Symposium presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Meeks, M., Turner, D., Woods, C., Boccaccini, M.T., & Murrie, D.C. (2009, March). Which diagnoses do experts identify as "behavioral abnormalities" for SVP offenders? Poster presented at the meeting of the American Psychology-Law Society, San Antonio, Texas.

Clark, J., Boccaccini, M.T., & Turner, D. (2008, March). Attitudes toward confessions: Psychometric properties of new and existing measures. Poster presented at the meeting of the American Psychology Association, Jacksonville, FL.

Turner, D., Boccaccini, M.T., & Murrie, D.C. (2008, March). Jurors' perceptions of expert witness testimony in SVP hearings. Poster presented at the meeting of the American Psychology-Law Society, Jacksonville, Florida.

Murrie, D.C., Boccaccini, M.T., Turner, D., & Meeks, M. (2008, March). Interrater (dis)agreement on actuarial risk measure scores completed by opposing evaluators in sexually violent predator trials. Paper presented at the meeting of the American Psychology Association, Jacksonville, FL.

Whiteman, J.L., & Turner, D.B. (Spring 2006). Life Actualization Therapy. Presentation at Fall 2005 (postponed to Spring 2006) Louisiana Counselors Association Conference, Baton Rouge, LA.

Symposium: Whiteman, J.L., Dilks, L.S., Marceaux, J.C., Turner, D.B., White, R., Mayeaux, B.D. (Spring 2006). Hurricane Rita: Personality Variables and Coping Mechanisms. Southwestern Psychological Association annual conference, Austin, TX.

Turner, D.B., Dilks, L.S., Boyd, S.L., Marceaux, J.C. (Spring 2006). The Relationship between Inmate Performance on the Millon Clinical Multiaxal Inventory and Severity of Criminal Behavior. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

Marceaux. J.C., Melville, C.L., Turner, D.B. (Spring 2006). Early Wins and Losses in Pathological Gambling. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

Boyd, S.L., Dilks, L.S., Marceaux, J.C., & Turner, D.B. (Spring 2006). Psychological and Behavioral Attributes of the Incarcerated Individual. Paper presentation at the Southwestern Psychological Association annual conference, Austin, TX.

TEACHING EXPERIENCE:

(Fall 2011 to Summer 2019) Online Faculty Member through the University of Phoenix (Summer 2013 to Summer 2015)

Online Faculty Member through Argosy University (Fall 2012 to Fall 2014)

Adjunct Professor at McNeese State University

(Spring 2006) Teaching Graduate Assistant: Introduction to Psychology 101, McNeese State University

(Fall 2005) Teaching Graduate Assistant: Introduction to Psychology 101 and a web-based course I designed in Educational Psychology 211, McNeese State University

(Spring 2005) Teaching Graduate Assistant: Introduction to Psychology 101 and Educational Psychology 211, McNeese State University

(Fall 2004) Teaching Graduate Assistant: Introduction to Psychology 101 and a Satellite Video course in Introduction to Psychology 101, McNeese State University

PROFESSIONAL ASSOCIATIONS:

American Psychological Association

American Psychology Law Society

Southwestern Psychological Association

Psi Chi, the National Honors Society in Psychology

Member of Louisiana Registry of Sex Offender Treatment Providers

Texas Psychological Association

Louisiana Psychological Association

HONORS:

2011 Honor Graduate at Federal Law Enforcement Training Center, Glynco, Georgia

2009 Outstanding Research by a Doctoral Student in Psychology Department at Sam Houston State University

2008 James P. Weber Outstanding Second Year Psychology Graduate Student Scholarship

McNeese State University Foundation 2005-2006 Dore Graduate School Fellowship (one of two recipients)

The Dore Fellowship for Graduate Assistants, Spring 2005

The Dore Fellowship for Graduate Assistants, Fall 2004

**ADDENDUM B**

**FEDERAL CASES**

| | | |
|---|---|---|
| US v Damarcus Fitzhugh | Eastern District of Michigan | Defense – Evaluation/Consult |
| US v Syed Hussain | Eastern District of Michigan | Defense – Evaluation/Consult |
| US v Zachary Talamonti | Southern District of Indiana | Defense – Evaluation/Consult |
| US v Numann | District of Alaska | Evaluation/Consultation/Testimony |
| US v Hamrick | District of Nevada | Evaluation/Consultation |
| US v Wendell Eaves | Middle and Western Districts of Louisiana | Defense – Evaluation/Consult |
| US v Harold Anderson | Middle and Western Districts of Louisiana | Defense – Evaluation/Consult |
| US v Disney | Eastern District of Pennsylvania | Evaluation/Consultation/Testimony |
| US v Christopher Harling | District of Montana | Evaluation/Consultation |
| US v Dane Gillis | Middle District of Florida | Evaluation/Consultation/Testimony |
| US v Antonio Fontana | Eastern District of Michigan – Southern Division | Evaluation/Consultation |
| US v Brian Graco | Eastern District of Louisiana | Evaluation/Consultation/Testimony |
| US v Phillip Bradley Sanderson | District of Nevada | Evaluation/Consultation/Testimony |
| US v Moseley | Western District of Oklahoma | Evaluation/Consultation |
| US v Sam Elliott | District of New Mexico | Evaluation/Consultation/Testimony |
| US v Jose Zanabria | Western District of Oklahoma | Evaluation/Consultation/Testimony |
| US v McGrath | Southern District of Texas | Evaluation/Consultation/Testimony |
| US v Telles | Northern District of California | Testimony |
| US v Kyle Soto | District of South Dakota | Current |

| US v William Jon Patric Ebert | Western District of North Carolina | Blind Testimony on Grooming/Qualified Expert on Grooming and Victim Behavior |
|---|---|---|
| | | |
| Srok v Coppola Wine Co | Santa Rosa, California | Testimony/Record Review on Behalf of Srok (Plaintiff) |
| | | |
| US v Robert Kelly | Northern District of Illinois | Blind Testimony |
| | | |
| US v Nicholas Turnquist | Western District of New York | Blind Testimony |
| | | |
| US v John Does | Eastern District of Michigan | Blind Testimony |
| | | |

**SCFO CIVIL CASES**

| Richards | Montgomery | Depo/Trial |
|---|---|---|

**TEXAS - SPU CASES - CIVIL**

| Hatcher, George | Montgomery | Depo/Trial |
|---|---|---|
| San Miguel, Samuel | Montgomery | Depo/Trial |
| Massingill, Winfred | Montgomery | Depo/Trial |
| Hatcher, George | Montgomery | Depo/Trial |
| Clemmons, Dennis | Montgomery | Depo/Trial |
| Black, Stephen | Guadalupe | Depo/Trial |
| Harris, Bobby | Harris | Depo/Trial |
| Sternadel, Thomas | Harris | Depo/Trial |
| Gray, David | Travis | Depo/Trial |
| Bluitt, Maurice Jr | Tarrant | Depo/Trial |
| Salomon, Leonel | Nueces | Depo/Trial |
| Williams, Jeffrey | Tarrant | Depo/Trial |
| Drakes, David | McLennan | Depo/Trial |
| Stephens, George | Orange | Depo/Trial |
| Hull, Donald | Jefferson | Depo/Trial |
| Ramshur, John | Tyler | Depo/Trial |
| Carden, Kenneth | Tarrant | Depo/Trial |
| Trevino, Richard | Webb | Depo/Trial |
| Falcon, Philip Jr | Newton | Depo/Trial |
| Rhinehart, Charles | Galveston | Depo/Trial |
| Cain, Leon | Tarrant | Depo/Trial |
| Sanchez, Justin | Tarrant | Depo/Trial |

| | | |
|---|---|---|
| Stonecipher, Timothy | Harris | Depo/Trial |
| Limon, Raymond | Nueces | Depo/Trial |
| Vela, Juan | Nueces | Depo/Trial |
| Garcia, Rolando | Travis | Depo/Trial |
| Joiner, Gregory | Grayson | Depo/Trial |
| Riggs, Ronald | Gregg | Depo/Trial |
| Metcalf, Daniel | Bowie | Depo/Trial |
| Ovalle, Jose | Nueces | Depo/Trial |
| Shelton, Justin | Denton | Depo/Trial |
| Guzman, Daniel | Galveston | Depo/Trial |
| Throm, Robert | Jefferson | Depo/Trial |
| Woods, Joe | Tarrant | Depo/Trial |
| Barnes, Kenneth | Grayson | Depo/Trial |
| Farley, Gerald | Denton | Depo/Trial |
| Scott, David | Bell | Depo/Trial |
| Summers, Michael | Galveston | Depo/Trial |
| Wiley, Richard Sr. | Wharton | Depo/Trial |
| Eddings, Jeffrey | Tarrant | Depo |
| Pansky, Andrew | Harris | Depo/Trial |
| Salderna, Martin | San Patricio | Depo/Trial |
| Claxton, Michael | Ellis | Depo/Trial |
| Coles, Willie | Tarrant | Depo/Trial |
| West, Cedric | Dallas | Depo/Trial |
| Vela, Genaro | Hidalgo | Depo/Trial |
| Parfait, Hal Vernon | Brazos | Depo/Trial |
| Nolan, Gary | Bexar | Depo/Trial |
| Delarosa, Juan Carlos | Fayette | Depo/Trial |
| Mayo, Vance Allen | Ellis | Depo/Trial |
| Young, Tyrone | Bexar | Depo/Trial |
| Danas, March | Harris | Depo/Trial |
| Bohannan, Michael | Montgomery | Depo/Trial |
| Pena, Andrew | Hale | Depo/Trial |
| Brice, Gene | Dallas | Depo |
| Hill, William | Harris | Depo/Trial |
| Jackson, Derrick | Tarrant | Depo/Trial |
| Revels, Kendrick | Dallas | Depo/Trial |
| Encalade, Lonnie | Harris | Depo/Trial |
| Hale, Stephen | Harris | Depo/Trial |
| Auvil, George | Shelby | Depo/Trial |
| Gutierrez, Louis | Harris | Depo/Trial |
| Torres, Pedro | Tarrant | Depo/Trial |
| Nickerson, Charles | Bell | Depo/Trial |

| Alexander, Robert | Galveston | Depo/Trial |
|---|---|---|
| Atchison, Thomas | Harris | Depo/Trial |
| Tull, Rex | Harris | Depo/Trial |
| Gant, Randy | Hunt | Depo/Trial |
| Jarvis, James | Galveston | Depo/Trial |
| Rockmore, Walter | Tarrant | Depo/Trial |
| Pope, Jeffrey | Orange | Depo/Trial |
| Smith, Zechariah | Dallas | Depo/Trial |
| Ramirez, Juan | Harris | Depo/Trial |
| McGarity, Michael | Angelina | Depo/Trial |
| Howell, Billy | Ellis | Depo/Trial |
| Reyes, Tommy | Bexar | |
| Hilty, Kevin | | Depo |

## ADDENDUM C

i.      Akdeniz, Y. (2009). Internet Child Pornography and the Law: National and International Responses. Surrey: Ashgate Publishing.

ii.     Beauregard, E., Proulx, J., Rossmo, D.K., Leclerc, B., & Allaire, J.F. (2007). A script analysis of patterns in the hunting process of serial sex offenders. Criminal Justice and Behavior, 34, 1069-1084.

iii.    Bennett, N., & O'Donohue, W. (2014). The construct of grooming in child sexual abuse: conceptual and measurement issues. Journal Of Child Sexual Abuse, 23(8), 957-976. doi:10.1080/10538712.2014.960632.

iv.     Black, P. J., Wollis, M., Woodworth, M., & Hancock, J. T. (2015). Research article: A linguistic analysis of grooming strategies of online child sex offenders: Implications for our understanding of predatory sexual behavior in an increasingly computer-mediated world. Child Abuse & Neglect, 44140-149. doi:10.1016/j.chiabu.2014.12.004.

v.      Christiansen, J. R., & Blake, R. H. (1990). The grooming process in father-daughter incest. In A. L. Horn (Ed.) The incest perpetrator: A family member no one wants to treat (pp. 88 – 98). Thousand Oaks, CA: Sage.

vi.     Craven, S., Brown, S., & Gilchrist, E. (2006). Sexual grooming of children: Review of literature and theoretical considerations." Journal of Sexual Aggression, 12, 287-299.

vii.    Elliott, I. A. (2017). A Self-Regulation Model of Sexual Grooming. Trauma, Violence, & Abuse, 18, 83-97.

viii.   Elliott, M., Browne, K., & Kilcoyne, J. (1995). Child sexual abuse prevention: What offenders tell us. Child Abuse and Neglect, 19, 579-594.

ix.     European Online Grooming Project: Webster, S., Davidson, J. Bifulco, A., Gottschalk, P., Caretti, V., Pham, T., Grove-Hills, J., Turley, C., Tompkins, C., Ciulla, S., Milazzo, V., Schimmenti, A., & Craparo, G. 2012. European Online Grooming Project Final Report. European Union. Retrieved April 21, 2012 (http://www.european-online-grooming-project.com/).

x.      Finkelhor, D. (1984). Child sexual abuse: New theory and research. New York, NY: Free Press

xi.     Hanson, R. K. & Morton-Bourgon, K. E. (2005). The characteristics of persistent sexual offenders: A meta-analysis of recidivism studies. Journal of Consulting and Clinical Psychology, 73, 1154-1163. doi: 10.1037/0022-006X.73.6.1154.

xii.    Hare, R. D. (2003). Hare PCL-R, 2nd edition. New York: Multi-Health Systems.

xiii.   Howitt, D. (1995). Pedophiles and sexual offences against children. Oxford, England: John Wiley and Sons.

xiv.    Kaufman, K.L., Hilliker, D.R., & Daleiden, E.L. (1996). Subgroup differences in the modus operandi of adolescent sexual offenders. Child Maltreatment, 1, 17-24.

xv.     Leberg, E. (1997). Understanding child molesters: Taking charge. Thousand Oaks, CA: Sage.

xvi.    London, K., Bruck, M., Wright, D.B., & Ceci, S.J. (2008). Review of the Contemporary Literature on How Children Report Sexual Abuse to Others: Findings, Methodological Issues, and Implications for Forensic Interviewers. *Memory, 16*, 29-47.

xvii.  London, K., Bruck, M., Ceci, S.J., & Shuman, D.W. (2005). Disclosure of Child Sexual Abuse What Does the Research Tell Us About the Ways that Children Tell? *Psychology, Public Policy, and Law, 11*, 194-226.

xviii.  McAlinden, A.M. (2006). 'Setting 'em up'. Personal, familial, and institutional grooming in the sexual abuse of children. Social and Legal Studies, 15, 339-362.

xix.  McElvaney, R. (2015). Disclosure of child sexual abuse: Delays, non-disclosure, and partial disclosure. What the research tells us and implications for practice. Child Abuse Review, 24, 159-169.

xx.  Moors, R., & Webber, R. (2012). The dance of disclosure: Online self-disclosure of sexual assault. Qualitative Social Work, 12, 799-815.

xxi.  O'Connell, R. (2003). A typology of cyber sexploitation and online grooming practices. Preston, England: University of Central Lancashire. Retrieved from http://www.uclan.ac.uk/host/cru/docs/cru010.pdf

xxii.  Olson, L.N., Daggs, J.L., Ellevoild, B.L., & Rogers, T.K. (2007). Entrapping the innocent: Toward a theory of child sexual predators' luring communication. Communication Theory, 17, 231-251.

xxiii.  Ospina, M., Harstall, C., & Dennet, L. (2010). "Sexual exploitation of children and youth over the internet: A rapid review of the scientific literature." Retrieved May 2, 2012 (http://www.ihe.ca/documents/Online%20Sexual%20Exploitation.pdf).

xxiv.  Ost, S. (2009). Child Pornography and Sexual Grooming: Legal and Societal Responses. Cambridge: Cambridge University Press.

xxv.  Proeve, M., & Howells, K. (2002). "Shame and guilt in child sexual offenders." International Journal of Offender Therapy and Comparative Criminology, 46, 657-667.

xxvi.  Reitsema, A.M. & Grietens, H. (2016). Is Anybody Listening? The Literature on the Dialogical Process of Child Sexual Abuse Disclosure Reviewed. *Trauma, Violence, & Abuse, 17*, 330-340.

xxvii.  Salter, A.C. (1988). Treating Child Sex Offenders and Victims: A Practical Guide. London: Sage Productions.

xxviii.  Smallbone, S., & Wortley, R. (2000). *Child sexual abuse in Queensland: Offender characteristics and modus operandi: Full report.* Brisbane, Australia: Queensland Crime Commission.

xxix.  Somer, E. & Szwarcberg, S. (2001). Variables in Delayed Disclosure of Childhood Sexual Abuse. *American Journal of Orthopsychiatry, 71*, 332-341.

xxx.  Sullivan, J., & Beech (2004). A comparative study of demographic data relating to intra- and extra-familial child sexual abusers and professional perpetrators. *Journal of Sexual Aggression, 10*, 39-50.

xxxi.  van Dam, C. (2001). *Identifying child molesters: Preventing child sexual abuse by recognizing the patterns of offenders.* Binghamton, NY: The Haworth Press.

xxxii.  Ward, T. (2000). Sexual offenders' cognitive distortions as implicit theories." *Aggression and Violent Behavior, 5*, 491-507.

xxxiii.  Whittle, H. (2015). A comparison of victim and offender perspectives of grooming and sexual abuse. *Deviant Behavior, 36*, 539-564.

xxxiv.  Whittle, H., Hamilton-Giachritses, C., Beech, A., & Collings, G. (2013). A review of young people's vulnerabilities to online grooming. *Aggression and Violent Behavior, 18*, 135-146.

xxxv.   Whittle, H., Hamilton-Giachritses, C., Beech, A., & Collings, G. (2013a). A review of online grooming: Characteristics and concerns." *Aggression and Violent Behavior, 18*, 62-70.

xxxvi.  Williams, R., Elliott, I. A., & Bech, A. R. (2014). Identifying sexual grooming themes used by internet sex offenders. *Deviant Behavior*, *34*, 135-152. Doi:10.1080/01639625.2012.707550

xxxvii. Wolf, S.C. (1984). A model of sexual aggression/addiction. *Journal of Social Work and Human Sexuality, 7*, 131-148.