HEATHER E. WILLIAMS, #122664
Federal Defender
CHRISTINA SINHA, #278893
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-CR-0197-DJC-1 |
|---|---|---|
| Plaintiff, | ) ) | **MR. GORDON'S MOTION *IN LIMINE* # 05 TO EXCLUDE NONTESTIFYING WITNESSES (EXCEPT PROPERLY DESIGNATED INVESTIGATORS AND AGENTS)** |
| vs. | ) ) | |
| LINWOOD HOSEA GORDON, | ) ) | |
| Defendant. | ) ) ) | Judge: Hon. Daniel J. Calabretta |

To prevent witness contamination, Mr. Gordon hereby moves *in limine* to have all witnesses excluded from the courtroom, except when testifying.  This would not apply to one (1) properly designated case investigator or agent for each party, as indicated by the parties' forthcoming witness lists.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Date: September 28, 2023        /s/ Megan T. Hopkins
                                                    MEGAN T. HOPKINS
                                                    CHRISTINA SINHA
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    LINWOOD HOSEA GORDON