HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-197-DJC |
|---|---|---|
| Plaintiff, | ) | **MR. GORDON'S MOTION IN LIMINE # 06 TO PRECLUDE USE OF INFLAMMATORY AND INACCURATE LANGUAGE LIKE "INCEST"** |
| vs. | ) | |
| LINWOOD HOSEA GORDON, | ) | Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) | |

For the below-detailed reasons, Mr. Gordon respectfully moves this Court to grant his motion *in limine* to preclude the government from using inflammatory and inaccurate language such as "incest" in the presence of the jury.

Mr. Gordon is charged with sexual misconduct with two women who are not biologically related to him.  These allegations, which the Court heard a preview of during the government's oral arguments on Round One motions on September 14, 2023, are inflammatory and are likely, by their mere utterance, to inflame the passions of the jury.  Given the heightened emotions the jurors will be experiencing during this trial, it is critical that their passions not be further incited by the use of inflammatory language, such as the word "incest."

During the September 14, 2023 hearing, the government summarized the factual allegations against Mr. Gordon and erroneously referred to them as "incest" in their oral presentation.  This is a highly inflammatory term that provokes the disgust and condemnation of

the average person.  This is particularly damaging in cases such as the instant one, where (for Count 1) the jury will be presented with a technical argument, to wit, that Mr. Gordon did not have the requisite intent for Count 1, though he may have committed the act involved in the charge.

In addition to being inflammatory, it is also incorrectly applied to the allegations in this case.  The Oxford Dictionary defines incest as "the crime of having sexual intercourse with a parent, child, sibling, or grandchild."  It is well understood that the relationship is one of biology, as those are the categories of individuals that are forbidden by law from intermarrying.  *Id*.  Mr. Gordon is not biologically related to either complaining witness in this case.

To ensure a fair trial and in the interest of securing Mr. Gordon's due process rights, the defense respectfully moves this Court to grant its motion *in limine* to preclude the government and its witnesses from mischaracterizing the allegations in this case as "incest."

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 28, 2023

*/s/  Christina Sinha*
CHRISTINA SINHA
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorneys for Defendant
LINWOOD HOSEA GORDON