HEATHER E. WILLIAMS, #122664
Federal Defender
CHRISTINA SINHA, #278893
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-CR-0197-DJC-1 |
|---|---|---|
| Plaintiff, | ) | **MR. GORDON'S MOTION *IN LIMINE* # 08 TO PRECLUDE REFERENCE TO HIS RELIGIOUS BELIEFS AND PRACTICES** |
| vs. | ) | |
| LINWOOD HOSEA GORDON, | ) | |
| Defendant. | ) | Judge: Hon. Daniel J. Calabretta |

Mr. Gordon hereby respectfully moves this Court to grant his motion to preclude any reference to his personal religious beliefs and/or practices in the presence of prospective or impaneled jurors, pursuant to Rule 610 of the Federal Rules of Evidence.

**MOTION**

Mr. Gordon is a member of a Christian church, and has been a practicing his faith for more than 30 years, including during the relevant time periods for Counts 1-4.  Some of the discovery produced by the government, including video and audio recorded interviews of Mr. Gordon by law enforcement, reveal that law enforcement repeatedly referenced Mr. Gordon's faith as a contributing factor for his alleged offense conduct.  Law enforcement has implied that Mr. Gordon is a religious zealot, which Mr. Gordon firmly denies.  Evidence of Mr. Gordon's religious beliefs and/or practices is inadmissible under Federal Rule of Evidence 610, which states that "evidence of a witness's religious beliefs or opinions is not admissible to attack or support the witness's credibility."  Moreover, admission of this type of evidence, and even

permitting reference to Mr. Gordon's religious identity in the presence of the jury, would violate Federal Rule of Evidence 403 given the risk of unfair prejudice to Mr. Gordon by those jurors who associated members of the Christian faith with the sexual exploitation of minors and abuse of women.

## CONCLUSION

Based upon the foregoing, this Court should preclude any reference to Mr. Gordon's personal religious beliefs, in the interest of safeguarding Mr. Gordon's right to a fair trial by an impartial jury.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 28, 2023

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
CHRISTINA SINHA
Assistant Federal Defender
Attorney for Defendant
LINWOOD HOSEA GORDON