STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
Trial Attorneys
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00197-DJC |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST TO SEAL GOVERNMENT'S MOTION TO EXCLUDE EVIDENCE UNDER RULE OF EVIDENCE 412** |
| v. | |
| LINWOOD HOSEA GORDON, | |
| Defendant. | Court: Hon. Daniel J. Calabretta |

    Pursuant to Local Rule 141(b), the United States, by and through its undersigned counsel, provides notice that it is requesting to file under seal: (1) a seven-page motion to exclude evidence under Rule of Evidence 412 filed with the Court in connection with the criminal prosecution of defendant Linwood Hosea Gordon based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  The government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were electronically transmitted to the Court on September 28, 2023. Copies of the documents were electronically served on the parties.

DATE: September 28, 2023

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

By: ___/s/___
Angelica Carrasco
Gwendelynn Bills
Trial Attorneys
Child Exploitation and Obscenity Section
1301 N.Y. Avenue, N.W.
Washington, D.C. 20008
Angelica.carrasco@usdoj.gov