1  STEVEN J. GROCKI
   Section Chief
2  U.S. Department of Justice
   Criminal Division
3  Child Exploitation and Obscenity Section

4

5  GWENDELYNN BILLS, TN #034150
   ANGELICA CARRASCO, NJ #154252015
6  Trial Attorneys
   United States Department of Justice, Criminal Division
7  Child Exploitation & Obscenity Section
   1301 New York Avenue, N.W.
8  Washington, D.C.  20005

9  Attorneys for Plaintiff
   United States of America
10

11            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,             CASE NO.  2:21-CR-00197-DJC

14                         PLAINTIFF,     **ORDER TO SEAL DOCUMENTS**

15                  V.                    COURT: HON. DANIEL J. CALABRETTA

16  LINWOOD HOSEA GORDON,

17  DEFENDANT.

18

19       Pursuant to Local Rule 141(b) and based upon the representations contained in

20  the government's Request to Seal, IT IS HEREBY ORDERED that the government's

21  motion to admit evidence as intrinsic and pursuant to Rule 413 and 404(b), as well as

22  
23  the government's Request to Seal shall be SEALED until further order of this Court.

24       It is further ordered that access to the sealed documents shall be limited to the

25  government and counsel for the defendant.

26       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.*

27  *District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds

28
                                    1

that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated:  September 29, 2023         /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT COURT JUDGE