STEVEN J. GROCKI
SECTION CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CHILD EXPLOITATION AND OBSCENITY SECTION

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
TRIAL ATTORNEYS
UNITED STATES DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
CHILD EXPLOITATION & OBSCENITY SECTION
1301 NEW YORK AVENUE, N.W.
WASHINGTON, D.C.  20005

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00197-DJC |
| PLAINTIFF, | **ORDER TO SEAL DOCUMENTS** |
| V. | |
| LINWOOD HOSEA GORDON, | COURT: HON. DANIEL J. CALABRETTA |
| DEFENDANT. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the Joint Statement of the Case and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that

there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated:  October 10, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE