STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
Trial Attorneys
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   2:21-cr-00197 DJC |
| Plaintiff, | **ORDER TO REDACT DOCUMENTS** |
| v. | |
| LINWOOD HOSEA GORDON, | COURT: HON. DANIEL J. CALABRETTA |
| Defendant. | |

Before this Court is a Motion for Redaction of Pre-Trial Hearing Transcripts, seeking the redactions of identifying information of the victim and references to specific descriptions of sexual contact.

The redaction of information that could identify the victim as well as references of specific sexual contact is required by 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771(a)(8).

///

///

Accordingly, the Court herby ORDERS that the redactions set forth in Attachment A are made. The court shall maintain an unredacted version of the transcript, filed under seal, in the court's records.

Dated:  November 20, 2023              /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE