STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
Trial Attorneys
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00197-DJC |
|---|---|
| PLAINTIFF, | **ORDER TO REDACT DOCUMENTS** |
| V. |  |
| LINWOOD HOSEA GORDON, | COURT: HON. DANIEL J. CALABRETTA |
| DEFENDANT. |  |

Before this Court is an AMENDED Motion for Redaction of Pre-Trial Hearing Transcripts, seeking the redactions of identifying information of the victim and references to specific descriptions of sexual contact.

The redaction of information that could identify the victim as well as references of specific sexual contact is required by 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771(a)(8). Accordingly, the Court hereby ORDERS that the AMENDED redactions set forth in Attachment A are made.

Dated: January 18, 2024  /s/ Daniel J. Calabretta
                          THE HONORABLE DANIEL J. CALABRETTA
                          UNITED STATES DISTRICT JUDGE