Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
LINWOOD GORDON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LINWOOD GORDON<br><br>          Defendant. | Case No.: 2:21-CR-00197 DJC<br><br>**UNOPPOSED EMERGENCY MOTION TO EXTEND SURRENDER DATE TO JULY 11, 2024 BEFORE 2PM** |

  Defendant Linwood Gordon, through counsel, moves to extend his surrender date from June 20, 2024, at 12pm to July 11, 2024 before 2PM. The government does not oppose this motion. Mr. Gordon is requesting this extension in order to finish making financial arrangements to support his elderly mother and to hire a property management company to manage his home while he begins his prison sentence.

  Specifically, Mr. Gordon provides for nearly all of his mother's financial needs outside of a small monthly social security benefit she receives. In 2023, Mr. Gordon applied for a HELOC line of credit to in order to bring a residential property his mother owns up to code. The plan was to bring the property up to code so that his mother could use the property to generate rental income for financial support during Mr. Gordon's time in prison. Although the loan was approved, it stalled due to problems with the deed. Due to the length of time needed to correct

1

**Motion to Extend Surrender Date**

the errors Mr. Gordon was required to reapply for the loan. Mr. Gordon has now completed his reapplication and is awaiting final approval of the HELOC credit line.

    Mr. Gordon is also in the process of hiring a property management company to manage and rent his home while he serves his prison term. Before the management company takes over, however, Mr. Gordon's adult daughter, who currently lives with Mr. Gordon, needs to find a new place to live.

    Mr. Gordon believes these tasks can all be accomplished with a three-week extension. The government has been informed of this request and is not opposed.

    Therefore, for the foregoing reasons, the defendant, Linwood Gordon, requests that his surrender date on June 20, 2024, be extended to July 11, 2024 before 2pm.

Dated: June 17, 2024                                  Respectfully submitted,

                                                                /s/ Etan Zaitsu
                                                                ETAN ZAITSU
                                                                Attorney for Defendant
                                                                LINWOOD GORDON

## ORDER

    Based upon the foregoing unopposed request of the Defendant and good cause appearing, IT IS HEREBY ORDERED that Defendant Linwood Gordon's surrender date is continued to July 11, 2024 before 2pm. All conditions of release remain in full force.

    **IT IS SO ORDERED.**

Dated: June 18, 2024                                  /s/ Daniel J. Calabretta
                                                               THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

**Motion to Extend Surrender Date**