Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
LINWOOD GORDON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00197 DJC |
| Plaintiff, | |
| v. | **ORDER** |
| LINWOOD GORDON | |
| Defendant. | |

Based upon the representations in Defendant's unopposed Emergency Motion to Terminate Ankle Monitoring Condition and good cause showing, Defendant Linwood Gordon's ankle monitoring condition of pretrial release is hereby ordered terminated. The Defendant is instructed to return all ankle monitoring equipment today, July 10, 2024 between 3:00pm and 4:00pm.

Dated:  July 10, 2024                    Respectfully submitted,

                                         /s/ Etan Zaitsu_____
                                         ETAN ZAITSU
                                         Attorney for Defendant
                                         LINWOOD GORDON

**Order**

1

**ORDER**

2

**IT IS SO ORDERED.**

3

Dated:  July 10, 2024July 10, 2024

4

5

CHI SOO KIM

6

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order**