1  STEVEN J. GROCKI
   Section Chief
2  U.S. Department of Justice
   Criminal Division
3  Child Exploitation and Obscenity Section

4  GWENDELYNN BILLS, TN #034150
   ANGELICA CARRASCO, NJ #154252015
5  Trial Attorneys
   United States Department of Justice, Criminal Division
6  Child Exploitation & Obscenity Section
   1301 New York Avenue, N.W.
7  Washington, D.C. 20005

8  Attorneys for Plaintiff
   United States of America

9

10             IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-197-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER REGARDING** |
| vs. | ) **RESTITUTION** |
| LINWOOD HOSEA GORDON, | ) Judge: Hon. District Judge Daniel J. Calabretta |
| Defendant. | ) |

18     IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief

19  for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial

20  Attorneys Gwendelynn Bills and Angelica Carrasco, counsel for Plaintiff, and Etan Zaitsu, counsel

21  for Mr. Gordon, that the restitution award in this case shall be deposited into the district court's

22  registry and held pending appeal.

The parties specifically stipulate as follows:

1. Mr. Gordon was sentenced on April 25, 2024. ECF No. 178. As part of the sentence, Mr. Gordon was ordered to pay restitution to the victim in the amount of $3,979.75. ECF No. 182, at 7.

2. Subsequently on May 1, 2024, the Defendant noticed his appeal. ECF No. 180. His appeal is now pending before the Ninth Circuit Court of Appeals in case number 24-2786.

3. Federal Rule of Criminal Procedure 38(e) allows a defendant to move the District Court to stay a restitution order pending appeal and provides the Court various methods to ensure compliance with a restitution order after disposition of an appeal. Upon agreement of the parties, and in lieu of the Defendant seeking to stay his obligation to pay restitution pending appeals, the Defendant has agreed to pay restitution in full to be deposited into the District Court's registry until the conclusion of the appeal. Fed. R. Crim. P. 38(e)(C). If the judgment is upheld on appeal, the funds shall automatically be free to be disbursed to the victim upon issuance of the mandate from the Ninth Circuit.

4. Therefore, the parties respectfully request that the Court issue the proposed order pursuant to Rule 38(e)(C).

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: August 16, 2024      /s/ Gwendelynn Bills
                           GWENDELYNN BILLS
                           ANGELICA CARRASCO
                           Trial Attorney
                           Attorneys for Plaintiff

Date: August 16, 2024      /s/ Etan Zaitsu
                           ETAN ZAITSU
                           Attorney for Defendant
                           LINWOOD HOSEA GORDON

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 16, 2024      /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE