STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
Trial Attorneys
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINWOOD HOSEA GORDON,<br><br>　　　　Defendant. | Case No.  2:21-CR-197-DJC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SEEK TRANSCRIPT REDACTIONS**<br><br>Judge: Hon. District Judge Daniel J. Calabretta |

　　　　IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorneys Gwendelynn Bills and Angelica Carrasco, counsel for Plaintiff, and Etan Zaitsu, counsel for Mr. Gordon, extending the time to seek redactions for recently-filed transcripts.

The parties specifically stipulate as follows:

1. Mr. Gordon's case is currently pending appeal before the Ninth Circuit Court of Appeals in case number 24-2786. In connection with that proceeding, the Defendant has ordered transcripts of all proceedings in this case.

2. Between August 1 and August 7, 2024, a total of nine transcripts were filed, including transcripts of the trial. ECF Nos. 193-204. Following this filing, counsel for the government inadvertently missed the deadline to file a notice of intent to seek redaction.

3. On August 8, 2024, the government filed a request for copies of the transcripts. ECF No. 205. To date, the government has received some, but not all, of these transcripts.

4. Federal Rule of Criminal Procedure 45(b) permits a district court to extend the time within which a motion may be filed in certain circumstances, including upon a showing of good cause or excusable neglect. *See* Fed. R. Crim. P. 45(b)(1)(B). Here, the government concedes that it has inadvertently missed the courts set deadline. However, upon realizing the time to notice intent to seek redactions had elapsed, the government contacted defense counsel prior to the due date for requesting redactions, which has not yet passed. In these circumstances, the government does not believe that the untimely notice will impact the proceedings or prejudice the defendant. As such, the government respectfully requests that the court excuse the untimely notice of intent to seek redaction and extend the due date for transcript redactions considering the sensitive nature of the case.

5. This case involves victims, including a then-minor victim, of sexual offenses. These victims are entitled to privacy protections pursuant to 18 U.S.C. § 3509(d) (governing minor victims and witnesses) and § 3771(a)(8) (providing all victims a right to be treated "with respect for the victim's dignity and privacy"). Accordingly,

the government anticipates that redactions will be necessary for many of the transcripts.

6. To provide time for the government to receive copies of the outstanding transcript and to allow for a careful review of the transcripts, the government respectfully requests that the transcript redaction request dates be extended by 21 days. This would result in a redaction request due date of September 12, 2024 for the transcripts at ECF Nos. 193 through 197 and of September 19, 2024 for the transcripts at ECF Nos. 198 through 200 and 204.

7. Undersigned counsel conferred with the Defendant's counsel, who does not oppose the extension.

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: August 16, 2024         /s/ Gwendelynn Bills
                              GWENDELYNN BILLS
                              ANGELICA CARRASCO
                              Trial Attorneys
                              Attorneys for Plaintiff


Date: August 16, 2024         /s/ Etan Zaitsu
                              ETAN ZAITSU
                              Attorney for Defendant
                              LINWOOD HOSEA GORDON

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 16, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE