STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-197-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO SEEK TRANSCRIPT REDACTIONS** |
| vs. | Judge: Hon. District Judge Daniel J. Calabretta |
| LINWOOD HOSEA GORDON, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, counsel for Plaintiff, and Etan Zaitsu, counsel for Mr. Gordon, extending the time to seek redactions for certain transcripts.

The parties specifically stipulate as follows:

1. Mr. Gordon's case is currently pending appeal before the Ninth Circuit Court of Appeals in case number 24-2786. In connection with that proceeding, the Defendant has ordered transcripts of all proceedings in this case.

2. Between August 1 and August 7, 2024, a total of nine transcripts were filed, including transcripts of the trial. ECF Nos. 193-204. On August 8, 2024, the government filed a request for copies of the transcripts. ECF No. 205. On August

16, 2024, the government sought and subsequently received an extension of time to seek redactions by 21 days. ECF Nos. 207 & 209. The government subsequently timely filed a request for redactions for the transcripts it had already received (covering ECF Nos. 193 through 197). ECF No. 210. However, the transcript copies for the trial confirmation/motions hearing date and the three-day trial (ECF Nos. 198 to 200 and 204) were only received on September 17. The current deadline to seek redactions for those transcripts is September 19.

3. This case involves victims, including a then-minor victim, of sexual offenses. These victims are entitled to privacy protections pursuant to 18 U.S.C. § 3509(d) (governing minor victims and witnesses) and § 3771(a)(8) (providing all victims a right to be treated "with respect for the victim's dignity and privacy"). Accordingly, the government anticipates that redactions will be necessary for many of the transcripts. The need for redactions is particularly acute for the outstanding trial transcripts, throughout which the minor victim's name was used.

4. To allow time for a careful review of the transcripts, the government respectfully requests that the transcript redaction request dates be extended by a further 21 days. This would result in a redaction request due of October 10, 2024 for the transcripts at ECF Nos. 198 through 200 and 204.

5. Undersigned counsel conferred with the Defendant's counsel, who does not oppose the extension.

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: September 19, 2024        /s/ Gwendelynn Bills
                                GWENDELYNN BILLS
                                Trial Attorney
                                Attorneys for Plaintiff

Date: September 19, 2024          /s/ Etan Zaitsu
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  LINWOOD HOSEA GORDON

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  September 19, 2024      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE