STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
Trial Attorney
United States Department of Justice, Criminal Division
Child Exploitation & Obscenity Section
1301 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00197-DJC |
|---|---|
| PLAINTIFF, | **ORDER TO REDACT DOCUMENTS** |
| V. | |
| LINWOOD HOSEA GORDON, | COURT: HON. DANIEL J. CALABRETTA |
| DEFENDANT. | |

Before this Court is a Motion for Transcript Redactions, seeking the redactions of identifying information of alleged minor victims/victims of sexual offense and referencing specific descriptions of sexual contact.

The redaction of information that could identify the alleged victims as well as references of specific sexual contact is required by 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771(a)(8).

///

///

///

///

///

1

Accordingly, the Court herby ORDERS that the redactions set forth in Attachment A are made.

Dated: October 10, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE