IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| U.S. | ) | Case №: 2:21-cr-00197 DJC |
| | ) | |
| | ) | **O R D E R** |
| v. | ) | **APPOINTING COUNSEL** |
| | ) | |
| LINWOOD HOSEA GORDON | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The above-named defendant has previously satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for an ancillary appointment. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Etan Zaitsu is appointed to represent the above-named client in this case effective *nunc pro tunc* to April 30, 2026, the first day we contacted him.

This appointment shall remain in effect until further order of this court.

Dated:  April 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE