LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant,
LINWOOD GORDON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>vs.<br>LINWOOD GORDON,<br>*Defendant*. | Case No. 2:21-CR-00197-DJC<br>ORDER TO FILE UNDER SEAL MOTION TO MODIFY CONDITIONS OF RELEASE (ECF No. 239)<br>Judge: Daniel J. Calabretta |

ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT ECF No. 239 SHALL BE FILED UNDER SEAL. DEFENDANT SHALL FILE A REDACTED MOTION FORTHWITH.

**IT IS SO ORDERED.**

Dated: August 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE