STEVEN J. GROCKI
Section Chief
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section

GWENDELYNN BILLS, TN #034150
ANGELICA CARRASCO, NJ #154252015
Trial Attorneys
1301 New York Ave. NW, 11th Floor
Washington D.C., 20530
Telephone: (202) 616-2572

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LINWOOD HOSEA GORDON,<br>Defendant. | Case No. 2:21-CR-197-DJC<br>**STIPULATION AND ORDER TO AMEND RESPONSE DEADLINE**<br>Judge: Hon. District Judge Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, counsel for Plaintiff, and Alex Bugescu, counsel for Mr. Gordon, that the government's deadline to respond to the pending Motion to Modify Special Condition No. 5 as a Condition of Supervision of Mr. Gordon (ECF No. 239) be set for September 10, 2026.

The parties specifically stipulate as follows:

1. On August 15, 2026, Mr. Gordon filed a motion to modify his conditions of supervised release. ECF No. 239 (subsequently sealed and refiled at ECF No. 245). Pursuant to Local Rule 430.1(f), the government's response is due on August 22.

2. On August 18, 2026, Mr. Gordon appeared before Chief Magistrate Judge Carolyn K. Delaney for an initial appearance on a petition for violation of supervised release. The defendant was ordered detained pending further proceedings.

3. The parties recognize that the issues in the defendant's motion and the petition for revocation are significantly intertwined and would benefit from being resolved together. As information regarding the petition for revocation may impact the outcome of defendant's motion, the government submits that additional time is necessary to evaluate the evidence seized from the defendant. Given the defendant's detention, in the interim, the defendant is not prejudiced by the deferred response. Accordingly, the government seeks to respond to the pending motion by September 10, which is one week before the currently scheduled admit/deny hearing on the supervised release petition.

4. Undersigned counsel conferred with the defendant's counsel on August 19, who does not oppose the brief continuance.

5. Therefore, the parties respectfully request that the Court allow the government until September 10, 2026, to respond to the pending Motion to Modify Special Condition No. 5 as a Condition of Supervision of Mr. Gordon (ECF No. 239).

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: August 20, 2026

*/s/ Gwendelynn Bills*
GWENDELYNN BILLS
ANGELICA CARRASCO
Trial Attorney
Attorneys for Plaintiff

Date: August 20, 2026

*/s/ Alex Bugescu* (as authorized on August 20, 2026)
ALEX BUGESCU
Attorney for Defendant
LINWOOD HOSEA GORDON

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE