LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant
LINWOOD HOSEA GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LINWOOD HOSEA GORDON,<br>Defendant. | Case No. 2:21-CR-00197-DJC<br>**STIPULATION AND ORDER TO AMEND ARRAIGNMENT DATE**<br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED and agreed by and between Steven J. Grocki, Section Chief for the U.S. DOJ's Criminal Division, Child Exploitation and Obscenity Section, through Trial Attorney Gwendelynn Bills, counsel for Plaintiff, and Alex Bugescu, counsel for Mr. Gordon, that the October 14, 2026 2:00 p.m. arraignment date be vacated and replaced by an arraignment date on October 15, 2026 at 2:00 p.m. It has come to our attention that Yuba County Jail does not transport defendants on Wednesday's. In an effort to bring Mr. Gordon to arraignment, it was attempted to have Yuba transport Mr. Gordon today. However, the jail was unable to transport Mr. Gordon today, Tuesday, October 13, 2026. Therefore, no other alternatives exists to bring Mr. Gordon to his arraignment by October 14, 2026.

Since Mr. Gordon cannot be present on the currently scheduled arraignment, the parties agree that the arraignment should be rescheduled to Thursday, October 15, 2026 at 2:00 p.m before Magistrate Judge Sean C. Riordan.

Respectfully submitted,

Date: October 13, 2026

*/s/ Alex Bugescu*
ALEX BUGESCU
Attorney for Defendant
LINWOOD HOSEA GORDON

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section

Date: October 13, 2026

*/s/ Gwendelynn Bills (authorized on 10/13/2026)*
GWENDELYNN BILLS
ANGELICA CARRASCO
Trial Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 13, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE