FILED
11/12/2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINWOOD HOSEA GORDON,

Defendant.

Case No. 2:21-cr-00197-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL

This is to authorize and direct you to release LINWOOD HOSEA GORDON – Case No. 2:21-cr-00197-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $

____ Unsecured Appearance Bond $

____ Appearance Bond with 10% Deposit

**X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED with Defendant's release stayed until a bed is available at a residential re-entry center.

____ Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 11/12/2026 at 10:00 AM.

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE